IN THE SUPERIOR COURT OF **Gwinnett County**
STATE OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 12 2022

KEVIN P. WEIMER, Clerk
By: _____ Clerk

**Kirk Michael Fields**, Plaintiff
**99001885**, Inmate Number

vs.

**Gwinnett County,**
**Gwinnett County Police Dept.**
**Officer Howse # 2068**, Defendant(s)

Civil Action No: **1:22-CV-3684**

Nature of Action: **Tort Claim, ie. False Arrest, Excessive use of Force, False Imprisonment, Malicious Prosecution...**

**INMATE FORM FOR CIVIL ACTION**

## PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name and location of prison in which you are now confined: **Gwinnett Co. Jail 2900 University Pkwy. Lawrenceville, GA 30043**

2. Sentence you are now serving: **Non-Sentenced**

   Name and location of court which imposed sentence: **Gwinnett County Magistrate Court, Probable Cause Hearing**

   Approximate date your sentence will be completed: **Trial on Sept. 19, 2022**

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which sentence was imposed:
   a. **Previous "False Arrest" for Littering 7/10/21 Sentenced to 60 days + 1 year of M probation**
   b. **22-B-02197-6, Trial Date "Sept. 19, 2022" Charges: Tresspassing + Possession of Sch II**
   c. **22-B-01489-6Q, All False charges, Soliciting, violating burn restrictions, + obstruction.**

4. Give the approximate date upon which sentence was imposed and the terms of the sentence:
   a. **July 10th, 2021  60 days in Jail w/ credit from June 10th, 2021 + 1 year Non-Reporting Probation**
   b. **Non-Sentenced, Trial on Sept. 19, 2022**

   c. 22B-01489-6Q, Per Correspondance from Clerk of Superior Court "Charges NOT IN SYSTEM"

5. Check whether a finding of guilty was made after a plea of:

   ☐ Guilty
   ☐ Guilty but mentally ill
   ☐ Nolo contendere
   ☒ Not guilty

6. If you were found guilty after a plea of not guilty, check whether the finding was made by:

   ☐ Jury
   ☒ Judge only

7. Did you appeal from the judgment of conviction or the imposition of sentence?

   ☐ Yes     ☒ No

8. If you did appeal, answer the following:

   a. The name of each court to which you appealed:
      1. _____
      2. _____
      3. _____

   b. The result in each such court to which you appealed:
      1. _____
      2. _____
      3. _____

   c. The approximate date of each such result:
      1. _____
      2. _____
      3. _____

   d. If known, citations of any written opinion orders entered pursuant to such results:
      1. _____
      2. _____
      3. _____

## PART II: OTHER LAWSUITS

9. OTHER THAN LAWSUITS ALREADY LISTED in questions 3 through 8, have you ever begun or are you now beginning other lawsuits in federal or state courts dealing with the same facts involved in this action or relating to your imprisonment?

   ☐ Yes     ☒ No

10. If your answer to number 9 is "Yes," describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline for each lawsuit.)

   a. Parties to the previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   b. Court (If federal court, name the district. If state court, name the court and county): _____

   _____

   c. Docket Number: _____

   d. Name of judge to whom case was assigned: _____

   _____

   e. Date on which you filed lawsuit: _____

   f. Date of disposition, if any, of lawsuit: _____

   g. What was the lawsuit about? _____

   _____

   h. What was the outcome of the lawsuit? (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

   i. Citations, if known, to any written opinions or orders in the lawsuit: _____

   _____

## PART III: GRIEVANCE PROCEDURES

11. Is there a prisoner grievance procedure at the institution in which you are presently confined?

   ☒ Yes        ☐ No

12. If your answer to number 11 is "Yes," please answer the following:

   a. Did you present the facts relating to your complaint in the institution's prisoner grievance procedures?        ☒ Yes        ☐ No

   b. If your answer to (a) above is "Yes,"
   What steps did you take? I filed a pre-grievance, as well as a formal Grievance
   What was the result? G.C.D.C. Staff stated that it was a NON-grievable issue...

   c. If your answer to (a) above is "No," explain why not: _____

   _____

13. Tell what you have done, other than what you have described in question 12, to bring your complaints to the attention of prison officials. In doing so, give dates, places, and names of persons talked to.

I have filed with the clerk's of Superior Court Numerous motions: a.) Bond Hearing... per case #22B-01489-6Q, b.) Motion to proceed Pro Se; c.) Motion to dismiss Indictment; d.) Motion for fast & speedy Trial... As to Case # 22B-02197-6 a.) Motion to extend 10 day filing period for filing demurrers... SEE "Case History Report"
* I have yet to be informed of responses...

14. Names and approximate dates of entry and exit, and locations of all prisons and jails in which you have been incarcerated:

_____
_____
_____

15. As to your present confinement, please state:
    a. Which part of the penitentiary or jail are you held in: Unit 2-H, cell #401-A, since 3/24/2022
    b. How long have you been in this part of the penitentiary or jail? Since 3/24/2022

    c. Please list the full name of every prisoner now confined in the same general area: Previous cellmate "Lamar Blackwell", Current cellmate "Kenneth Robertson".

## PART IV: STATEMENT OF CLAIMS

16. List the name and address of each plaintiff in this lawsuit: KIRK M. FIELDS

17. List below for each defendant, the defendant's full name, official position, and place of employment. Attach additional paper if necessary.

| Full Name | Official Position | Place of Employment |
|---|---|---|
| HOWSE #2068 | Police Man | Gwinnett County Police Dept. |
| STEWART #? | Police Woman | |
| UNKNOWN | Police Man | |

## STATEMENT OF CLAIM

18. Describe each and every FACT—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES. (You may attach additional sheets of paper if necessary.)

I have been Falsely Arrested Numerous times by the Gwinnett County Police Dept., At least two (2)x, excessive use of force was used to Falsely imprison my person as well as deprive me of my personal property... I have had to seek the assistance of a "Mental Health Counselor" due to P.T.S.D. as well as extreem mental anguish because of having to undergo a "Krash Course" in Law due to ineffective assistance of Court Appointed Counsel... I have been "Grossely Prejudiced + Neglected by way of Law Library Personell limmiting my Law Library visits as well as deliquent paperwork request responses... I have been mistreated + condesended by the Gwinnett County Police, Numerous times

"Attached" please find enclosed as "Exhibits A, B, + C, Narratives of 3 seperate occasions...

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and BRIEFLY state what each person knows (from having seen, heard, etc.) concerning what happened.

There are numerous witnesses, as well as "BODY CAM" footage, but I have no way, at present, to obtain this information as I am currentley in Jail on False Charges, and have been refused the assistance of an "Investagator, also the police left my phone... on the side of the roadway when I was arrested.

20. Please describe any legal argument you wish to make. You may add separate sheets of paper if necessary. It is not necessary that you present legal argument in order to obtain the relief to which you are entitled. Pursuant to The Georgia Constitution the following rights guaranteed to Me as a U.S. Citizen have in fact been violated:
a.) Art. I, Sec. I, Para. I "Due Process"
b.) Art. I, Sec. I, Para. VI "Libel"
c.) Art. I, Sec. I, Para. XII "Right to the Courts"
d.) Art. I, Sec. I, Para. XVII "Abuse"
e.) Art. I, Sec. I, Para. XXV "Status of Citizen"
Also, including but not limmited to, the mis-use of Judicial processes to deprive me of my U.S. Constitutional Rights...

* EXPANSION on seperate sheets, entitled "Legal Argument"

21. Briefly state the specific relief requested against each party. This means to state exactly what you want the court to do for you. DO NOT MAKE ANY LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES. I would that the Court grant ALL relief available due to my circumstances to be converted to a "monetary sum" as well as a Public Appology in my presence as well as Restraining orders to protect me from future abuse... Also compensation for all my property that I have been illegaly deprived of... Plus ALL other relief justacable by Law...

P.S. Please allow me the right to ammend this if need be. ZH          GoD Bless ZH

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on  9/5/2022
                    Date

_____
Signature of Plaintiff

Sworn to and subscribed before me this
5 day of September, 20 22.

_____
Notary Public or Other Person Authorized to Administer Oaths

My Commission Expires Nov. 7, 2023

EXHIBIT - A

On the morning of June 10th, 2021 I was falsely arrested for littering and upon asking to speak with a "Suproviser" I was forcefully put in handcuffs while being repeatedly shocked with a tazer prior to this I was on a sidewalk in an effort to move my belongings due to the fact that I was moving down to Patterson Road and was sepperating the things I was going to put into Storage from the things I was going to sell or throw away.

A few days prior to this Gwinnett Co. Code Enforcement told me that if I had anything that was trash to put it in some black plastic bags in which they gave me two rolls of, and also stated that I should place these bags, when full, by the side of the road and the trash truck or county workers would despose of them. I did everything just as they said and when the police showed up told them as much but there were approximately five (5) maby six (6) of the Gwinnett County Police on the scene and insisted on arresting me no matter what. So after I sat in jail for about three (3) weeks the state made an offer of a plea agreement of sixty (60) days in jail and one (1) year of probation "unsuprovised" so I plead no contest just to get out of jail. And the Court appointed Attorney assured me that I had a civil suit for false arrest, excessive use of force etc. etc. etc.

Upon my release on July 10th All my property was gone. "EVERYTHING".

1 of 2 pp.

EXHIBIT - A Continued...

Property Deprived of in violation of my 14th Amendment Rights of the U.S. Constitution... to include but not limmited to the following:

(a) Seven Bicycles, being homeless as well as unemployed since 2002, I do repairs as well as maintenance as a entreprenuerial-ship... Approx. Value $1,300.00...

(b) Noise Canceling Headphones that I had purchaced at GameStop $180.00

(c) Leather Trench Coat $700.00

(d) Varrious Tools Approx. Value $2,900.00

(e) Four pairs of Boots, one of which was brand new in the Box $420.00

(f) A plethera of other items of which I consider having Centamental Value...

NOTE: All these Items of which I told the Police I had saved up enough money to rent a storage unit were just left on the side of the road and when I was released from custody they were gone, EVERYTHING.

p. 2 of 2 pp.

Exhibit - B

On or about December 23rd, 2021 when I went to retriev my four wheeler from just off of Lawrenceville - Suanvee Rd. that I had let a "friend" of mine borrow in order to move his stuff from the other side of the Rail Road trax I was ordered by Gwinnett County Police officers to come to where they stood and questioned as to why I was in the area I told them that I was there to retriev my four wheeler that was by the trax after some time the officer told me to put my hands behind my back that I was under arrest for tresspassing. I complied whith his orders but stated that I was not tresspassing that the property he was refering to only went from Monfort Road to the Rail Road trax of which I was well over 200 maby 500 feet on the Lawrenceville Suanee side of the trax. Any-way before being placed in a patrol car I asked about my four wheeler and the officer said something to the effect that if I was lucky it would be there when I got out of jail... Well I made Bond on January 19th 2022 and my four wheeler was gone. Prior to my Unlawful arrest I was at that time living just off of Patterson Road approximately four and one half miles away down Highway 29. Witnesses to this effect can be contacted upon my release from my current incarceration of which I will explain in Exhibit C.

cont...

p. 1 of 3 pp.

Exhibit – B continued

... Further-more when I went to where I was staying off of Patterson Road All my belongings had been removed to who knows where certainly not me. Items to enclude the following:

One Coolster four-Wheeler $1,300.00
  ↳ Thirteen Hundred Dollars

One pair of Harley Davidson Boots
  ↳ $426.00

One Army Cot, Value unknown

Various Clothing Articles, Approximate
  ↳ Value $4,200.00

One Seven Man tent – $396.00

One Antique Director's Chair
  ↳ Value Unknown

One Quesinarte Double Burner $199.00

One Sleeping Bag $199.00 – $240.00
  ↳ Temp. Rating warm to 30° below, 0°

Various Tools – Approx. Value $1,300.00

One Electric Scooter $299.00

One Acer Laptop Computer $499.00

One Pair of Bose Quiet Comfort Headphones
  ↳ Approx. Value $350.00

One pair of Georgia Boots $275.00

cont...
p. 2 of 3 pp.

## Exhibit - B continued

... All my food including 1 box MREs
  ↳ Military TV Dinners
    ↳ Value Unknown

Various Cooking Utencils $100.00

Various Hygene Supplies $200.00

Also Many other personal effects of which I can't recall at this point

Furthermore due to the loss of my tools employment was quite deminished as I am a sole proprietor / Entreprenure. Self Employed - HandyMan / Mechanic...

I also endured great pain and suffering due to the loss of my clothing ie. Boots, Jackets, Tent etc.

P.S. I pray this is sufficient and discriptive of at least most of Dammages incurred but if not please allow me the right to Amend if need be.

ZH

Under penalty of Purjury I solomly swear these facts to be true to the best of my knowledge...

This 11th day of Aug. 2022

*[signature]*

p. 3 of 3 pp.

EXHIBIT - C

On the evening of 3-23-2022 I had went to visit "what I thought were my friends that stayed close to Highway 29 & Lawrenceville Suwanee. Upon my noticing some of my belongings that I thought were lost or stolen I ask them where they got them one guy, Van, said that someone had left them there. I stated that they were mine and did intend to reposses the items ie, tools, blue tooth speaker, etc. He began to yell at me and chased me away with a mechetti and a walking stick. In my hasty retreat to retain my limbs I was forced to leave one of my phones behind that was inside my Jacket. I Then went to the Murphy Gas Station and had the attendant phone the police. Approximately 7 Lawrenceville Police showed up and I was advised that to avoid conflict I should just wait until the next day and go get my stuff when they wernt there.

About 4:20 AM on the 24th of March I was about a third or one half a mile up Lawrenceville Suwanee going tward Old Norcross and without a Jacket I was very cold and wanted to warm up with a grilled cheese to which I made a verry small fire about the size of a grapefruit than when after about thirty - fourty minuites after the first officer pulled up the fire Dept. came and one of the fire fighters steped on the coals and ashes about 2-3 times & the "fire" was out.

p. 1 of 3 pp.

EXHIBIT - C continued

Continued from p. 1 ... After what seemed to be about an hour, three (3) Gwinnett Police surrounded me and said I was going to jail for solicitation — A FALSE CHARGE —. Without offering ANY violence nor threats of violence I ask to speak with a supravisor I was then hand-cuffed, shot with a stun gun/Tazer, knocked over a guardrail into a thicket of thorns while begging to speak with someone to keep my freedom & my property, to no avail.

On the way to the Gwinnett County Detention Center officer HOWSE #2068 said "We were only going to charge you with soliciting until you ask to speak with the supravisor."

Then upon being taken out of the police car one of the officers noticed a little scratch in the window tint on the opposite side of the car from where I was velcroed to the driver's side and said to another officer "Let's charge him with it" Furthermore there was no way I could have scratched the window due to the fact it was close to the top of the passenger's side and even if I could reach that high I had nothing to scratch it with.

Now I am charged with four (4) felonies and three (3) misdameanors of which are in fact ALL FALSE.

Approximate value of property left on the side of the road? $ 4,200.00 including tools, T-Mobile Revel V Phone, Art Supplys, and a $20,000.00 Ladies Oyster Perpetual Watch.

p. 2 of 3 pp.

— Exhibit, C - continued —

... which is a Rolex. I have witnesses to this effect who can testify that I had this, as well as I had posted it on either e-bay.com or offerup.com & Close5.com.

The total disreguard for concideration of my rights as a Man, born of GOD, and a sojourner in this "Trial of Life",... is / or seems to be an ongoing desire of some of the Police to either deprive me of at least my property as well as Liberty & quite possibly my Life.

Obtainable Witnesses may include The Gwinnett County Fire Dept. There are a great deal of fire fighters who, in my eyes, are Honest as well as Honorable People. And I have been homeless for over twenty (20) years now and they have helped me on numerous occasions due partially to rappidly declining health conditions!.. ie., dehydration over exursion, accidents, Police brutality...

I am 56 years of Age, as of May 27th I ran away when I was 13 and have been on my own ever since. I do have a G.E.D. that I achieved to obtaine when I was 18.

p 1 of 3 pp.