Oct. 10th, 2022

To: Office of the Clerk
UNITED STATES DISTRICT COURT
United States Courthouse
75 Ted Turner Dr. S.W.
Atlanta, Georgia 30303

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 24 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

From: Kirk Michael Fields
#99001885
Gwinnett County Detention Center
2900 University Parkway
Lawrenceville, GA. 30043

Re: Civil Action No. 1:22-cv-3684-LMM-JKL.

Attn. Honorable, JOHN K. LARKINS III,

UNITED STATES MAGISTRATE JUDGE.

Greetings,

First of all I must say that I am extremely greatfull for Your time & consideration in this matter...

Second, I believe it is, per say, "incumbent" upon me to convey certain facts;

1. I am NOT a, "WOE IS ME" type person, but due to a number of, introvert, as well as, extrovert circumstances, ie. Psychological-Disabilities (a) A.D.H.D., (b) Dislexia, (c) P.T.S.D., also extremely stressful "extrovert" circumstances (a) Law Library Staff here at the jail takes 1 to 2 weeks to deliver "paperwork requests" ie. case law, O.C.G.A. info., as well as limiting me to 10 items per week...

p. 1 of 2 pp.

Cont. from p. 1,

Also I have filed numerous motions, of which I have enclosed a copy of the "CASE HISTORY REPORT," and I have not been allowed to be present at any nor do I think any Hearings have been schedguled..., with the exception of a "probable cause hearing" in which I was not allowed to testify at.

Furthermore THE ORDER that you sent me was postmarked, September 30th, and the jail staff did not deliver it to me until yesterday, October 10th, at about 3 o'clock pm., it in now 9:30 pm, Oct. 11th.

Please note, I am excersizing extreme diligence in this matter, but due to overt circumstances, no money to obtain postage, prejudice from Law Library staff,., I am in fear that I may not be able to amend my "CIVIL ACTION NO. 1:22-CV-3684-LMM-JKL" and here-by, Respectfully + Humbly request a thirty (30) day extention of time in which to "AMEND" my complaint.

And Lastly, pertaining to "Process of Service" +/or "NOTICE", How do I perfect this or is a "Cirtificate of Service", included, sufficient?, if sent to The Clerk of Court?

Humbly, Respectfully, + Sincerely,

_[signature]_
KIRK MICHAEL FIELDS
Pro Se litigant.

This 11th, day of Oct. 2022.

p. 2 of 2 pp.

| YEAR 2022 DATES | NOTES |
|---|---|
| Oct. 13 | For fear that my mental capacity is somewhat sub-standard, in the art of litigation, I have been diligently studing - Case law, O.C.G.A. - code sections, etc., and am quite nervous that I may leave out key points etc. |
| Oct. 14 | I just received a copy of FRCP Rule #20, I am finding it very purplexing due to the vast amount of information contained therein... and due partially to Attention Defficit Disorder & Dislexia I am exerting an extreme amount of persistance to the point I feel like I have one foot on a "mental implosion" and the other on a banana peal... |
| Oct. 16 | I have finnished reading Rule #20 as well as Dean v. Barber and have, hopefully, been efficient enough to extract pertenent info... |
| Oct. 17th 8:40 PM | I am now filling out Section VI "Statement of Claim" The narrative on the "Civil Rights Complaint" is one incident., SUPPLEMENT ATTACHED is a narrative of my current situation, Case #22-B-01489-6Q. |
| " 11:30 PM | I am now @ Section VII "Injuries" and am dumb-struck, I am not exactly sure what I am entitled to. Note: it takes me a conciderable amount of effort to formulate ≸ * "sentences, complete thoughts, the right words that fit in the correct context... |
| Oct. 18th | Under Art. III "Parties" § B "Defendants", The Defendants "A", "B", "C", & "D" pertain to the Supplemental p. entitled "¶ B" of the "Civil rights Complaint ~~§ VI~~ Art. VI "Statement of Claim. |

\* ≸ = I am having a hard time ≸ "picking the right ?"

NOTES CONTINUED. C/A # 1:22-CV-3684-LMM-JKL

Oct. 19th  I have just "finished" the "Supplement" to the "Statement of Claim" Section and prayerfully it is sufficient...

I am still awaiting reference material from the "Law Library" submitted on Oct. 13th. in re. 28 U.S.C.S. § 1915(d) Because this is quite overwhelming and, from what I have read so far, The District Court, in its discretion, may appoint Counsel. NOTE: I am not "demanding" but I do Humbly request assistance...

Lastly, I am unable to obtaine postage as well as a mailing envelope, as of yet but I do have artistic skills and should have these items by Friday, Lord Willing...

I have, repeatedly, requested the Sheriff's Depudies how to obtain Envelopes to send Certified Mail, to no avail...

My Spirit tells me I am forgetting something but in respect of time, etc. I shall get these papers off in the U.S. Mail A.S.A.P.

Please note also that ¶ "B", Supplement to §/Art. VI "Statement of Claim" is a separate 'Complaint', I am in need of another form...

To the Clerk of District Court, Please perfect "Service of Process / Notice to be forwarded to all defendants per O.C.G.A. § 9-11-4 et seq., As stated previousely "due to Neglect + prejudice from the Sheriffs here at the Jail I am unable to make copies, process, service of Notice...

Thank You + May God Abundantly Bless You + Yours.

RK M. FIELDS
No. 99001885
00 University Pkwy.
renceville, GA. 30043

  

GWINNETT COUNTY
JAIL
UNIT 1H

GWINNETT COUNTY
JAIL
UNIT 1H

CLEARED DATE

OCT 24 2022

U.S. Marshals Service
Atlanta, GA 30303

Office of the Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Dr. S.W.
Atlanta, GA. 30303