LF 028
(Rev. 11/04/2019)



**PRISONER CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

KIRK MICHAEL FIELDS

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.) No. 99001885

-vs-

Gwinnett County et al

1:22-cv-03684-LMM-JKL

Amended Complaint

_____

(Enter above the full name of the defendant(s).)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I. **Previous Lawsuits**

A.     Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )       No ( )       POSSIBLY ( ✓ )

B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.     Parties to this previous lawsuit:

Plaintiff(s): Gwinnett Co. Police Dep't +
Defendants: Lawrenceville, Police Dep't.

LF 028
Rev. 11/04/2019

Plaintiff
Defendant(s): _Kirk Michael Fields No. 99001885_
(K#)  _2900 UNIVERSITY PKWY, LAWRENCEVILLE, GA._
_30043_

2.   Court (name the district):
_I do Not remember, it was approx. 20 yrs._
_ago..._

3.   Docket Number: _?_

4.   Name of judge to whom case was assigned: _?_

5.   Did the previous case involve the same facts?

   Yes (✓)   No (  )

6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
_Dismissed for failure to protect, perfect_
_NOTICE, SERVICE of PROCESS!_

7.   Approximate date of filing lawsuit: _IN the year 2000 - 2007_

8.   Approximate date of disposition: _UNKNOWN_

## II.   Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal
court until all available administrative remedies are exhausted. Your case may be dismissed
if you have not exhausted your administrative remedies.

A.   Place of Present Confinement: _Gwinnett County Jail_
_"Detention Ctr."_

B.   Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No (  )

C.   Did you present the facts relating to your complaint under the institution's grievance
   procedure?

   Yes (✓)   No (  )

D.   If your answer is YES:
   1.   What steps did you take and what were the results?
_I have submitted Numerous pre-grievances_
_as well as Grievances, Many of my_
_pre-grievances were Never responded to,_
_Answers to Formal Grievances were Negative,_

2

LF 028
Rev. 11/04/2019

*evasive, enclosed are a few samples...*

2.    If your answer is NO, explain why not: _____

_____

_____

### III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff: KIRK MICHAEL YIELDS
Pro Se, in forma Pauperis...

_____

Address(es): 2900 University Parkway
Lawrenceville, GA. 30043

_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s): A. Officer Howse #2068 B. His Male
Partner (NAME UNKNOWN) The one who shot me.
C. District Attorney, D. Sheriff "Keybo" Taylor

Employed as A. + B. " Gwinnett Co. Police, C
District Atty, D. Sheriff @ G.C.D.C.

at A. + B. @ "Presumably" 800 High hope Rd., 30043
C. 75 Langley, L'ville, GA. 30046
D. 2900 University Pkwy. L'ville, GA 30043

### IV.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

LF 028
Rev. 11/04/2019

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Under the U.S. Constitution: 4 th Amend., 5 th Amend., 6 th Amend., 8 th Amend, & 14 th Amend.
(&)

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

## V.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ✓ ) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other (*explain*)  _____

## VI.   Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

¶ A.) On or about the 10 th day of June 2021 I was on the sidewalk of Wabash Dr., Lawrenceville, GA and attempting to transfer my personal property to a stor-age unit on Hwy. 29. I was in the process of sepperating what I was going to keep and what I was going to throw away. (I am homeless, but have been trying to gain employment and "move out of the woods" for about 3 years. Anyway Shortly after I had put all the trash in plastic bags and put them at the curb. As instructed by Code In-force memt the day before, I was approached by an UNKNOWN Number of Gwinnett County Police. I told them that I was in the process of moving out of the woods and that I had saved the funds to rent a Storage Unit approx. 1 ½ miles away. I was then told that I was under arrest for trespassing(1)

4

I stated "I have not been down there" reffering
to where approximately a week prior I was given
a Criminal Trespass Warning. I was then told I
was under arrest for littering, I then stated "I
have cleaned up and put in garbage bags all trash
as directed by Gwinnett Co. Code Enforcement
the day before." The officer said "it dosent mat-
ter, you are still going to jail." I then sat down
on a culvert and placed my hands between my legs
and demanded to speak with a Supervisor and was
immediately pounced by approximately 3-4 cops
and repeatedly shocked via stun gun + ultimately
draged across the road and thrown into a patrol car
like a dead animal. I was in jail for 30 days as
a result of, False Arrest, Excessive use of force,
+ False imprisonment... Violating my 5th, 4th,
8th, and 14th Amendments of the U.S. Constitution.
When I got out of jail All of my personal property was
gone. The police had it all taken somewhere. Violat-
ing my 14th amendment, depriving me of my prop-
erty without due process of law.
Per Claim "B" NOTE? SUPPLEMENT ATTACHED.

**VII. Injuries**  THIS IS A SEP
If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.

I think I have permanent Brain damage due
to being shocked over & over via "Stun Gun"...

**VIII. Relief**
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite
no cases or statutes. If requesting money damages, include the amounts of any actual and/or
punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am not quite sure what I am entitled to, but
including "but not limmited to :" the following:

Substantial Damages: for the loss of all property
with an estimated value of $7,000.00
Actual Damages: Compensation for wrongful
acts, False Arrest, False imprisonment, etc..
— Amount to be determined by the Court.
Punitive Damages: As a deterrant to future acts.

NOTE: I have written the Law Library and re-
quested "Black's Law Dictionary, definitions
pertaining to damages and got NOTHING #

5

LF 028
Rev. 11/04/2019

Also including but not limmited to; A Judgement of Acquittal on all current charges, my criminal record expounged and sealed, as well as all my Constitutional Rights restored so I may be allowed to obtain a Passport and travel...

And furthermore that all damages be converted to a money sum, to be determined by the Court to be fair and just...

Signed this 21st day of October , 20 22

Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Gwinnett

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 10/21/2022
(Date)

Signature of Plaintiff

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2022 JUL 26 AM 11: 04

TIANA P. GARNER, CLERK

Dear Madame Clerk,

Please forward me an updated copy
of the "CASE HISTORY REPORTS" per —
Case #'s "22-B-01489-6Q" and
"22-B-02197-6" to reflect upon the
following:

1. Pursuant to case # 22-B-01489-6Q,
   "Status of the following Motions":
   a.) MOTION TO INDICT OR DISMISS —
   filed 6/23/2022.
   b.) My Speedy Trial Motion
   c.) MOTION for Nolle Pros. / Quash / Dismiss
   filed 7/5/2022
   d.) Omnibus Defense Motion,
   filed 7/5/2022.

2. Pursuant to Case # 22-B-02197-6,
   a. Full Case History Report.

Lastly Please find enclosed MOTION FOR
EXTENSION OF TIME FOR FILING MOTIONS...
And Set dates for a hearing for production
of evidence...

Humbly & Respectfully Requested by,

This 21st day of July 2022 Kirk M. Field

## Pre-Grievance Resolution Form

| First & Last Name: KIRK FIELDS | | Date: 9-10-2022 |
|---|---|---|
| Housing Unit: 2-H | Room # 401-A | Inmate MNI# 99001885 |
| Signature: Kirk M. Fields | | |

**Only ONE issue per form and grievance must be written within the given area below:**

I have a trial date of 9/19/2022 and have been greatly prejudiced by way of only allowing me the bare minimum of time in the Law Library, when the G.C.D.C. I/m Handbook plainly states " if No max-imum access time requirement is specified by the court, the amount of time will not exceed five hours per week." I am in dire need of at least one more visit prior to trial.

Receiving Deputy: A. Rodriguez
SO: 1954   Date & Time: 12:05 9/10/22

Receiving Supervisor: M - CAMPBELL
SO: 537   Date & Time: 9/26/2022 @ 0804

### RESOLUTION

| Employee Signature & SO# (if Deputy) | | Date: |
|---|---|---|

### SUPERVISOR's COMMENTS

THE LAW LIBRARY DOES NOT HAVE AN ORDER SIGNED BY THE JUDGE IN YOUR CASE, ALLOWING YOU EXTRA TIME IN THE LAW LIBRARY. IF NO COURT ORDER EXISTS, YOU WILL BE AFFORDED 1 1/2 HOURS BI-WEEKLY LIKE ALL OTHER INMATES IN THE JAIL.

| Supervisor Signature & SO# MKW 537 / SGT | Date: 9-26-2022 |
|---|---|

# Gwinnett County Jail
## Inmate Request

*EXHIBIT "A"*

| Unit | Room # | Inmate Full Name | ID # |
|------|--------|------------------|------|
| 2-H | 401-A | Fields, Kirk Michael | 99001885 |

### Please check program(s) that apply below:

☐ AA   ☒ NA   ☐ SA   ☒ DRP   ☐ GED

__DO__ __NOT__ SEND MULTIPLE REQUESTS YOUR NAME WILL BE ADDED TO THE LIST

### ADDITIONAL REQUESTS MUST BE ON A SEPARATE INMATE REQUEST FORM

### CHECK __ONLY__ ONE REQUEST BELOW

☐ LAW LIBRARY:  VISIT / PAPERWORK (*Circle One*)

☐ BIBLE   ☐ OPERATION SECOND CHANCE   ☐ OPEN RECORDS
*Dog Unit*

☐ KITCHEN   ☐ PROPERTY   ☒ CLASSIFICATION   ☐ INMATE ACCOUNTS
*Food Related Only*

☐ ACTIVE RECORDS – **Current Arrest** Sentencing Questions

☒ INACTIVE RECORDS – __Previous Arrest__ and Mail Questions

*Additional Information:* Please be advised I am requesting a copy of my G.C.D.C. Arrest Record, from the year of 1999 — 2022, for litigation purposes, pursuant to the Freedom of Info. Act.

| Inmate Name: Kirk Fields | | Date: 6/29/2022 | Time: 7:14 PM |
|------|------|------|------|
| Deputy Signature  M. Russell | Badge Number  1897 | Date & Time Received:  7/1/22   1321 | |

## Actions Taken / Disposition

| Answered By: | Date & Time: |
|------|------|



# Gwinnett County Sheriff's Office

2900 University Parkway • Lawrenceville, GA 30043 • 770.619.6500
GwinnettCountySheriff.com | Twitter & Facebook @GwinnettSheriff

**Sheriff Keybo Taylor**                                    **Chief Cleophas Atwater**

## Proof of Incarceration

**Name:** Fields               Kirk                Michael
     Last           First          Middle/Initial

**Year of Birth:** 1966      **Race:** W    **Sex:** M

According to our records the above named individual was incarcerated at the
Gwinnett County Detention Center, during the following time period(s):

Please Note: I think it safe to say that
over 80% of these "arrest" were false
and I only did 48 hours or plead Nollo
just to get out of jail...

P.S. charges with an * were 48 hour...,
or less...

*EXHIBIT "A"*

| Date of Arrest | Date of Release |
|---|---|

*Current Arrest* ← 

| Date of Arrest | Date of Release | | Date of Arrest | Date of Release |
|---|---|---|---|---|
| 03/24/2022 | 03/24/2022 | | 06/29/2010 | 06/30/2010 → 1 day |
| 12/23/2021 | 01/19/2022 | | 06/14/2009 | 06/22/2009 |
| 06/10/2021 | 07/10/2021 | | 01/28/2009 | 01/30/2009 ✱ |
| ✱ 04/08/2021 | 04/10/2021 | | 12/09/2008 | 12/11/2008 ✱ |
| 05/10/2020 | 05/21/2020 | | 05/27/2008 | 06/03/2008 → Birth Day = 5/27/66 |
| 12/29/2018 | 01/25/2019 | | 10/30/2007 | 11/14/2007 |
| 08/14/2018 | 09/17/2018 | | 09/18/2007 | 09/20/2007 ✱ |
| 07/10/2018 | 07/17/2018 | | 07/12/2007 | 07/25/2007 |
| 6 days ← 06/12/2018 | 06/25/2018 | | 07/05/2007 | 07/07/2007 ✱ |
| 07/07/2017 | 07/19/2017 | | 06/08/2007 | 06/10/2007 ✱ |
| 4 days ← 07/01/2016 | 07/05/2016 | | 06/02/2007 | 06/04/2007 ✱ |
| 05/18/2015 | 06/02/2015 | | 03/12/2007 | 03/22/2007 |
| 15 days ← 03/15/2015 | 03/30/2015 | | 02/27/2007 | 02/28/2007 ✱ |
| ✱ 02/10/2015 | 02/12/2015 | | 01/22/2007 | 01/23/2007 ✱ |
| 7 days ← 08/26/2014 | 09/02/2014 | | 01/09/2007 | 01/16/2007 |
| 12/12/2013 | 02/11/2014 | | 10/28/2006 | 10/30/2006 ✱ |
| 11/11/2013 | 11/18/2013 | | 10/19/2006 | 10/21/2006 ✱ |
| 03/29/2013 | 09/04/2013 | | 09/26/2006 | 09/28/2006 ✱ |
| 6 days ← ✱ 05/13/2013 | 05/15/2013 | | 01/20/2004 | 07/21/2004 ✱ — sorry |
| 12/19/2012 | 04/03/2013 | | 08/15/2002 | 08/15/2003 ✱ — oops |
| ✱ 12/05/2012 | 12/07/2012 | | 09/06/2001 | 11/05/2001 |
| 08/18/2012 | 11/02/2012 | | 02/21/1999 | 02/23/1999 ✱ |
| 03/29/2012 | 06/08/2012 | | | |
| ✱ 03/29/2012 | 03/29/2012 | | | |
| ✱ 01/18/2012 | 01/20/2012 | | | |
| 10/09/2011 | 10/22/2011 | | | |
| ✱ 07/26/2011 | 07/28/2011 | | | |
| 12/16/2010 | 01/18/2011 | | | |
| ✱ 10/26/2010 | 10/26/2010 | | | |
| ✱ 07/19/2010 | 07/20/2010 | | | |

R. Washington

**Sheriff Processing Associate**

7-5-2022

**Date**

# CASE HISTORY REPORT

## CASE NO. 22-B-01489-6Q

| | | |
|---|---|---|
| **STATE OF GEORGIA**<br>**VS**<br>**FIELDS** | §<br>§<br>§<br>§<br>§ | Location: **Division 6**<br>Judicial Officer: **Batchelor, Ronnie K**<br>Filed on: **04/07/2022**<br>OBTS Instrument Number: **0672022008350** |

### CASE INFORMATION

| **Offense** | **Statute** | **Deg** | **Date** | Case Type: **Quasi - Bond Proceeding** |
|---|---|---|---|---|
| 1. CHARGE NOT IN SYSTEM | CNS | U | 04/07/2022 | |

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 22-B-01489-6Q |
| Court | Division 6 |
| Date Assigned | 04/07/2022 |
| Judicial Officer | Batchelor, Ronnie K |

### PARTY INFORMATION

**Plaintiff**     **STATE OF GEORGIA**

**Defendant**     **FIELDS, KIRK M**

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 04/07/2022 | 📄 Motion for Bond<br>Filed by: Defendant FIELDS, KIRK M |
| 04/27/2022 | 📄 Order NISI (Judicial Officer: Batchelor, Ronnie K )<br>5/20/22 10:30AM CR 3D |
| 05/20/2022 | **Bond Hearing\*** (10:30 AM) (Judicial Officer: Batchelor, Ronnie K) |
| 06/14/2022 | 📄 Correspondence to Judge/Office<br>Filed by: Defendant FIELDS, KIRK M |
| 06/15/2022 | 📄 Copy Request<br>Filed by: Defendant FIELDS, KIRK M<br>SENT 6/16/22 |
| 06/23/2022 | 📄 Motion\*<br>Filed by: Defendant FIELDS, KIRK M<br>TO ALLOW DEFENDANT TO PROCEED PRO SE |
| 06/23/2022 | 📄 Motion to Dismiss or Indict<br>Filed by: Defendant FIELDS, KIRK M |
| 06/23/2022 | 📄 Certificate of Service |
| 07/05/2022 | 📄 Copy Request<br>Filed by: Defendant FIELDS, KIRK M<br>CASE HISTORY REPORT |
| 07/05/2022 | 📄 Motion for Nolle Pros<br>Filed by: Defendant FIELDS, KIRK M<br>QUASH ACCUSATION/INDICTMENT |
| 07/05/2022 | 📄 Omnibus Defense Motion |

EXHIBIT - B No. 11
Action No. MM-JKL
Civil CV-3684-LMM-JKL
1:22-cv-3684

GWINNETT COUNTY JUDICIAL CIRCUIT SUPERIOR COURT CRIMINAL DIVISION

# CASE HISTORY REPORT

### CASE NO. 22-B-01489-6Q

Filed by: Defendant FIELDS, KIRK M

07/05/2022 | 📑 Certificate of Service

Notes,

Bond Hearing of 05/20/2022, I was taken over to the Courthouse but Never entered the Court room and was sent back withought being told why I was Not allowed access...

Motion to "Proceed Pro Se", filed on June, 23rd, 2022 was somehow granted without a "farretta Hearing, Nor was `Stand-by Counsel` appointed, and I was Never given a copy of any `Orders` with the exception of the Rule Nisi of 04/27/2022.
Per. Case # 22-B-02197-6:
I have heard NOTHING from the court pertaining to any other motions.

Also I was scheduled for "Trial" ~~all~~ weeks of September 12th, 19th, + 26th I was taken over to the Court House and was Never allowed access to the Court Room...

~~Trial was~~ Notice of trial was again scheduled for October, 3rd, 10th, 17th + the 24th as of Today Oct. 21st I have Not been anywhere and know Absolutely Nothing as to why...

*Printed on 07/05/2022 at 10:57 AM*



CLERK OF SUPERIOR COURT
STATE COURT AND MAGISTRATE COURT
Gwinnett County Courthouse
Post Office Box 880
Lawrenceville, GA 30046-0880

Tiana Garner
Clerk of Court

☐ PLEASE REVIEW THE ATTACHED CASE HISTORY REPORT FOR ALL DOCUMENTS FILED WITH OUR OFFICE. YOU MAY VERIFY THIS INFORMATION ON OUR WEBSITE, AT WWW.GWINNETTCOURTS.COM, BY SEARCHING YOUR NAME ON THE HOME PAGE. OUR RECORDS SHOW NO TRANSCRIPTS HAVE BEEN FILED IN YOUR CASE.  YOU WILL NEED TO CONTACT THE COURT REPORTER AND REQUEST THEY BE FILED WITH THE CLERK'S OFFICE.

☐ OUR RECORDS INDICATE THAT ____ HAS NO CASE(S) WITH OUR OFFICE.  YOU MAY VERIFY THIS INFORMATION ON OUR WEBSITE, AT WWW.GWINNETTCOURTS.COM, BY SEARCHING THE NAME ON THE HOME PAGE.

☐ OUR OFFICE DOES NOT PROVIDE ____ FORMS.

☐ OUR RECORDS INDICATE YOU ARE CURRENTLY REPRESENTED BY AN ATTORNEY. YOUR REQUEST WILL NEED TO BE SENT VIA YOUR ATTORNEY.

☐ YOU MAY ALSO OBTAIN COPIES THROUGH OUR WEBSITE AT WWW.GWINNETTCOURTS.COM AND CLICK ON THE LINK FOR RESEARCHGA.  YOU MAY SET UP A FREE ACCOUNT WHERE YOU CAN VIEW YOUR CASE AND PRINT THE DOCUMENTS FOR A SMALL FEE.  THESE CASES GO AS FAR BACK AS 2013 FOR STATE COURT CRIMINAL AND 2015 FOR SUPERIOR COURT CRIMINAL.

☒ The Gwinnett County Clerks Office does not provide postage, nor do we provide the requested book, and we do not provide trial practice forms.

✱ Leather Bound Black's Law Dictionary @ Amazon.com

FOR FUTURE REFERENCE, THE CLERK'S RECORDS ARE SUBJECT TO UNIFORM SUPERIOR COURT RULE 21 WHICH REQUIRES THAT ALL COURT RECORDS TO BE OPEN FOR INSPECTION AND COPYING BY THE PUBLIC.  THIS OFFICE COMPLIES WITH THESE REQUIREMENTS BY HAVING COURT RECORDS AVAILABLE EACH WORKING DAY FROM 8:00 A.M. TO 5:00 P.M. FOR PUBLIC INSPECTION AND COPYING. THERE ARE NO LEGAL PROVISION FOR COPYING A DOCUMENT REQUESTED BY U.S. MAIL OR TELEPHONE AND NO PROVISION FOR FORWARDING SUCH DOCUMENTS TO THE REQUESTING PARTY AT THE EXPENSE OF THE CLERK'S OFFICE OR THE COUNTY.  YOU, YOUR REPRESENTATIVE, FAMILY MEMBER AND/OR FRIEND, ARE WELCOME TO COME TO OUR OFFICE TO REVIEW AND/OR COPY ANY DOCUMENT NOT SEALED BY COURT ORDER OR GEORGIA LAW.  THIS OFFICE WILL MAKE EVERY EFFORT TO MAKE THE RECORDS OF THIS OFFICE AVAILABLE TO YOU, OR SOMEONE ON YOUR BEHALF, DURING NORMAL OFFICE HOURS, AND WE WILL HAVE STAFF AVAILABLE TO GIVE ASSISTANCE IN USING THE INDICES OF THIS OFFICE TO ENABLE YOU TO SEARCH OUR RECORDS TO OBTAIN COPIES OF DOCUMENTS AS NEEDED.  IF YOU PREFER, YOU MAY GO TO WWW.GWINNETTCOURTS.COM AND CONDUCT A SEARCH PRIOR TO COMING TO OUR OFFICE TO REVIEW CASE FILE INFORMATION.

SINCERELY,
DEPUTY CLERK, SUPERIOR & STATE COURTS
CRIMINAL DIVISION

✱ This highlighted area is the response I got
from the clerk of Superior Court requesting the
Blacks ... Note The reason I ask for the Leather
Ed. is the paperback is more expensive & No Hardback...



CLERK OF SUPERIOR COURT
STATE COURT AND MAGISTRATE COURT
Gwinnett County Courthouse
Post Office Box 880
Lawrenceville, GA 30046-0880

Tiana Garner
Clerk of Court

DATE:                         Monday, July 11, 2022

CRIMINAL CASE #:              22-B-01489-6Q

STYLE OF CASE:                STATE VS. FIELDS

WE HAVE RECEIVED YOUR WRITTEN REQUEST FOR DOCUMENTS OUT OF THE ABOVE REFERENCED CASE. PLEASE SEE THE FOLLOWING INFORMATION BELOW. *(ONLY THE ONE(S) CHECKED APPLY TO YOU.)*

☐   WE ARE RETURNING THE BELOW STATED DOCUMENTS FOR THE FOLLOWING REASONS.
   • ____

☐   WE ARE RETURNING THE BELOW STATED DOCUMENTS FOR THE FOLLOWING REASONS.
   • THE ENCLOSED DOCUMENTS DO NOT COMPLY WITH SUPERIOR COURT UNIFORM RULE 36.1. PLEASE SEE THE ATTACHED RULE.

☐   OUR RECORDS SHOW THAT THE REQUESTED DOCUMENT(S) WAS PREVIOUSLY SENT TO YOU ON____.

☐   IF YOU REQUIRE ADDITIONAL COPIES OF THE REQUESTED DOCUMENTS, THE FEE FOR CERTIFIED COPIES IS $____. THE FEE FOR REGULAR COPIES IS $____. COSTS ARE DUE AT THE TIME OF THE REQUEST. PLEASE FORWARD PAYMENT *(MONEY ORDER ONLY)* WITH A COPY OF THIS FORM *AND A SELF-ADDRESSED STAMPED ENVELOPE*. WE WILL MAIL YOUR COPIES *WHEN WE RECEIVE YOUR PAYMENT, REQUEST & ENVELOPE. (WE DO NOT ACCEPT INTERNATIONAL MONEY ORDERS)*

☐   PURSUANT TO O.C.G.A. 50-18-70(D), "NO PUBLIC OFFICER OR AGENCY SHALL BE REQUIRED TO PREPARE REPORTS, SUMMARIES OR COMPILATIONS NOT IN EXISTENCE AT THE TIME OF THE REQUEST." THEREFORE, ANY RESEARCH REQUIRED TO OBTAIN ANY RECORDS OR DOCUMENTS REQUEST MUST BE DONE BY YOURSELF, OR SOMEONE ON YOUR BEHALF, DURING REGULAR BUSINESS HOURS. COSTS MUST BE PAID AT THE TIME OF THE REQUEST.

☐   MRS. GARNER PROVIDES ONE FREE COPY, ONE TIME, OF *YOUR* CASE DOCUMENTS REQUESTED BY THE INMATE. ENCLOSED YOU WILL FIND...
   • ____

☐   OUR RECORDS INDICATE THAT NO ____ HAS BEEN FILED WITH OUR OFFICE. PLEASE REVIEW THE ATTACHED CASE HISTORY REPORT, WHICH LISTS ALL DOCUMENTS FILED WITH OUR OFFICE, AND MAKE ANY NECESSARY CHANGES TO YOUR COPY REQUEST OR CONTACT THE CORRECT OUTSIDE AGENCY FOR THE REQUESTED INFORMATION. FOR FUTURE REFERENCE, PLEASE BE SURE TO LIST THE DOCUMENT'S NAME & FILED DATE TO AVOID ANY CONFUSION.

☐   OUR RECORDS SHOW THAT YOUR SENTENCE PACKAGE HAS ALREADY BEEN SENT TO THE DEPT. OF CORRECTIONS ON____. ATTACHED IS A COPY SHOWING DELIVERY OF WHEN IT WAS RECEIVED/PROCESSED BY THE DOC ON____. PLEASE SEND ANY FUTURE CORRESPONDENCE REGARDING TIME SERVED CLARIFICATION/CORRECTION TO THE DEPT. OF CORRECTIONS, AS THE CLERK'S OFFICE DOES NOT CALCULATE OR CORRECT TIME.

☐   NOTE: IF YOU NEED HELP WITH AN APPEAL, YOU WILL NEED TO CONSULT WITH AN ATTORNEY OR DO THE LEGAL RESEARCH YOURSELF. OUR OFFICE IS UNABLE TO GIVE YOU LEGAL ADVICE AS TO PROCEDURES AND RULES OF THE COURT.

¶ "B",   SUPPLEMENT TO SEC. VI "Statement..."

Current Arrest, Case No.  22-B-01489-6Q

On the morning of March 24th, 2022 while about
20' (twenty feet) off the side of Lawrenceville-
Suwanee Rd., Lawrenceville, GA., A few hours
after dawn officer "B" did a U-turn and
pulled over approximately 50' away and got out
of his car and, condacindingly, with threats of
taking me to jail, took my name + birth date
and went back to his car. Shortly thereafter a
few more police pulled up one of which was Def-
endant "officer Howse #2068" Def. "A". Then
about 10 minuits later the Gwinnett Co. Fire Dept.
pulled up and, what I believe was, The Fire Chief,
went over to a very small fire, that was almost out
at that time, stepped on the coals a few times and
it was out. A little while later officers A + B
with an unknown female officer, That I wish
to be a witness in this case, came over to where
I was and officer A said that I was under
arrest for "soliciting", a totally false charge
because at no time was I, in the highway,
talking to any occupant of any vehicle... I
then demanded, without violence nor threats
of violence, to speak with a Supervisor., Then
I was shot with a taser, knocked over the
guard rail and put in cuffs while lying in a
patch of thorns. Defendant "B" unknown
name is the one who shot me, Defendant
"A" Officer Howse #2068 is the one who
fore armed me over the guard rail into the
patch of thorns. Violating my 8th Am-
endment right against "Cruel and unusual
punishment", My 5th Amendment right to
not be deprived of my liberty without due
process of law, My 4th Amendment right...

p. 1 of 7 pp.

cont. from p. 1 "Statement of Claim"...

... protecting me from illegal seziure..., all guaranteed by The United States Constitution. As well as my "Constitution of the State of Georgia" rights as follows:

1.) Article 1, Section 1, Paragraph 1,
2.) ¶ II "Protection to Person and Property...
3.) ¶ VII "Citizens, Protection of...
4.) ¶ XIII "Searches, Seizures, and Warrants, ie, I was arrested without probable cause...
5.) ¶ XXV "Status of the Citizen, ie, I do believe I was arrested just because I am homeless...
6.) ¶ XXX "Rights of Certain Citizens"... ie. I believe I am a "Victim" of various crimes, False Arrest, Excessive use of force, False imprisonment, Malicious Prosecution, (which I will explain in ¶ "C" of my "Statement of Claim", Whenn;

Prayerfully I am amending this properly.

In addition to previously stated facts...

I was then strapped by my ankles with a velcro strap and snatched up by an extremely large policeman and toted to a patrol car where they shut the door on the strap on the driver's side, back seat ✳ and transported to the Gwinnett County Sheriff's Office / Detention Center / Jail. I was seen by Nursing staff and the nurse told the officer that she could not accept me because of a missing taser prong...

✳ I will explain later why this is relevant...

p. 2 of 7 pp.

cont. from p. 2 "Statement of Claim"

... While at the hospital (Gwinnett Medical) Nurses shearched for the missing prong to no avail. I was then transported back to G.C.D.C. and while in route I was told that, By Defendant "A" that "We were only going to charge you with soliciting until you asked to speak with a Supervisor".

Furthermore, whichever officer procured a warrant, if any, had to have lied under oath...

I was ultimately charged with 3 counts of felony obstruction, 1 count of violating burn restrictions, 1 count of interfearance with government property *, 1 count of Disorderly conduct, and 1 count of Pedestrian Soliciting Business, All False Charges.

On March 26th, 2022 at a "First Appearance Hearing" I was appointed, by the Court, Ms. Kemay Jackson to represent me.

Durring a "Probable Cause Hearing, sometime in May While officer Howse, Def, A, was testefying, under oath, lied at least four (4) times in which I told Ms. Jackson "He's Lying" and she told me to be quiet she would come to the jail and see me,,, I was not allowed to defend my case with the truth..

Defendant's False statements to include:
1. That I had a sponge,
2. That I had a bucket,

p. 3 of 7 pp.

cont. from p. 3 "Statement of Claim"

... 3. That I had a sign that said "WASH"
4. That I was in front of a Car Wash for
the pourpose of soliciting business.

These are all false statements, 1-3 did
not exsist + #4, there is not a "Car Wash"
no where in sight of where I was.

✻ Pertaining to the interfierance with Gov.
property there was a very small scratch on
the ~~passen~~ passenger's side, back window-
tint and I was velcroed to the driver's
side, plus the officer stated he didn't re-
member when the last time the car was in-
spected for damages...

The case was bound over without any probable
cause due to lack of effective assistance of
court appointed counsel Ms. Jackson and as
a direct result I have been incarcerated for
almost seven (7) months now

Further more when I was arrested the police
left all my personal property on the side of
the road, a violation of my Constitutional
rights, "not to be deprived of property with-
out due process of Law.

As far as the District Attorney, prosecut-
ing this case #22-B-01489-6Q I have
filed numerous motions and have not been
denied my Constitutional Right to Access
to the Courts under ¶ XII, Section I, Art.
I of the Georgia Constitution.

p. 4 of 7 pp.

cont. from p. 4 "Statement of Claim"

Concerning the property that was left on the side of the road as well as officer Howse's false statements and his partner Defendant "B" who shot me with a stungun. I wrote to the Gwinnett County Police Chief requesting information on their ~~Greiv~~ Grievance Procedure and on 9/21/2022 Cpl. K. Luc #1536 came here to the jail and interviewed me and said that she would look at the body cam + dashcam footage and see if she could find out the truth as well as try to locate my property.

✱
Missprint
Value ↔  This property that was abandoned on the side of the road, as far as I am aware of has an estimated value of $20,130.⁰⁰ to include the following but not limmited to because I only remember part of what I had in my possession when arrested. .

1. Rolex, Ladies Oyster Perpetual watch that I found in the Waffle House parking lot with an estamated value of $20,000, I looked this price up on e-bay, and I posted this on "offer up".com

Other items ie. Cell Phone, T-Mobile, Revel V, metro PCS by T-Mobile Service... Tools, ie. wratchets as well as a tool bag half full of sockets... These items have an approx. worth of $1,300⁰⁰

✱ Should read $21,300⁰⁰ (Kᵧ)

p. 5 of 7 pp.

Cont. from p. 5 "Statement of Claim"

Concerning the Sheriff's here at the jail I am not sure if the following facts are related or need to be in a seperate claim... Because I honestly feel they ~ The Sheriff's Deputies are in cahoots with the Prosecutor as well as the police, ie ~ RICO" violation ☺, Im completely overwhelmed at how much illegal stuff these people are, seemingly, getting away with.

1. I have a certified copy of my "Arrest and Release" dates and per these records I was released the same day I was arrested ✱ Copy enclosed entitled "Exhibit" A.

2. As far as a copy of the "Case History Report" pertaining to case No. 22-B-01489-6Q These Charges are not in the "SYSTEM" ✱ Copy enclosed as Exhibit B.

3. I have filed numerous grievances with the jail and have ~~strenuso~~ strenuously end-urred neglect, prejudice, diversion, and an enormous amount of condesinding remarks... I have also enclosed just a few responces...

¶ "C" in violation of my Fourth Amendment rights of The U.S. Constitution, A warrant was issued without probable cause, procured by fradulent statements.

In violation of my 8th Amendment right, in re Excessive Bail, "On the date of my "probable cause" hearing, The presiding Magistrate Judge reduced my bond to $2,000.00 even on all my charges." The Sheriff's have raised it to $2,999.00

p. 6 of 7 pp.

cont. from p. 6 "Statement of Claim"

Per. Article 1. Section 1. Paragraph XII of
The "Constitution of the State of Georgia",
I was denied my "Right to the Courts", by way
of, at an arraingement hearing on 7/15/22
after telling the, court appointed, attorney
that I needed to file a demurrer to the acc-
usation.... I was called into the courtroom and
in less than 10 minuits the State said some-
thing and Mr. Wren said something and then
who I think was Ms. Christina Lee, Aas-
istant D.A. handed Mr. Wren, what I think
was the Discovery packet and when I asked
the Judge, Ronnie K. Batchelor, if I could
say something? I was told by Gwinnett Co.
Sheriff's Deputies that, in their own words
"You're done, lets go" and was immediat-
ely ushered out of the court room, denying
me my constitutional right to "Full &
Fair" litigation as well as my right to "defend
my own cause, in person".

The list goes on but in concideration of
This Honorable Court, I shall request
a reservation to again amend this Complaint
if need be...

Honestly, Humbly, Respectfully & Sincerely,

This 19th day of October, year 2022.

_Kirk M. Fields_
KIRK M. FIELDS #99001885
Plaintiff, Pro Se
2900 University Pkwy
Lawrenceville, GA., 30043