Nov. 1st, 2022

To: Office of the Clerk
UNITED STATES DISTRICT COURT
2211 United States Courthouse
75 Spring Street S.W.
Atlanta, Georgia 30303-3361

From: Kirk Michael Fields
#99001885
Gwinnett County Detention Center
2900 University Parkway
Lawrenceville, Georgia 30043

Re: Civil Action: 1:22-cv-03684-LMM-JKL.

Greetings, Honorable J. John K. Larkins III

IN regarding "Document #5", I humbly ask permission to adjust certain errors and sincerely apologize for the defects in my narrative and any inconvienience this may cause...

Per. § II "PLAINTIFF'S ALLEGATIONS"

Line #10 p.3 ... he was arrested for trespassing and for littering."
NOTE: The littering charge was the charge falsely accused after I denied trespassing.

Line #3 p.4 ... repeatedly shocked him with a taser...
NOTE: The officer who shocked me was Ms. Stewart of the Gwinnett County Police Dep't.

Per. Article III "Analysis of Plaintiff's..."
p.6 § C "Excessive Force" under Foot Note #6
Officer Howse & his John Doe Partner
These officers were involved with the March 24th, 2022 arrest...

p. 1 of 2 pp.

cont. from p.1

The arrest of July 10th, 2021 there are at least two Unnamed officers and the officer who repeatedly shocked me was Ms. Stewart, Badge # unknown

In closeing I pray this correction of my errors isnt dificult to repair...

Thank you for your time as well as expertise because in my current state of mind this is a very cumbersome articulation of litigation...

i.e., it has taken me approx. 3 hours to read ~~and~~ the Order, Non-Final Report + Recomendation, and then to write this letter.

Lastly, Peosnant to Fed. R. of Civ. P, Rule 17(d) "Public Officer's Title and Name, I am not sure if I should request a Declatory Judgement to understand if I should use, Official Title or Name, and should I "correct joinder"? per say, Official Capacity or Individual Capacity?

Respectfully Yours,

Kirk Michael ~~Fath~~

CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of November, 2022 Submitted this the foregoing "Correction of Errors", via U.S. Mail, to the District Court Clerk's Office for filing with return receipt requested.

Kirk Michael Fields, Pro Se litigant.

Kirk M. Fields
No. 99001885
2900 University Pkwy.
Lawrenceville, GA. 30043

ATLANTA METRO 301

3 NOV 2022  PM 6  L

CLEARED DATE
NOV 07 2022
U.S. Marshals Service
Atlanta, GA 30303

GWINNETT COUNTY
JAIL
UNIT 1H

Office of The Clerk
UNITED STATES DISTRICT COURT
2211 United States Courthouse
75 Spring Street S.W.
Atlanta, Georgia 30303-3361

30303-331861