IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS, | |
| Plaintiff, | |
| | PRISONER CIVIL RIGHTS |
| | 42 U.S.C. § 1983 |
| v. | |
| GWINNETT COUNTY, et al., | CIVIL ACTION NO. |
| | 1:22-cv-03684-LMM-JKL |
| Defendants. | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R&R"). Dkt. No. [5]. In the R&R, the Magistrate Judge recommends that the Court dismiss Plaintiff's claims for deprivation of property, false arrest, and false imprisonment, and that Plaintiff be allowed to proceed with his excessive force claim. Id. Subsequent to the entry of the R&R, the Court received a letter from Plaintiff by which Plaintiff requested that the Court make certain amendments to his complaint. Dkt. No. [7].

None of the requests for amendment contained in Plaintiff's letter have any bearing on the Magistrate Judge's recommendation to dismiss the claims for deprivation of property, false arrest, or false imprisonment. See id. The Court

therefore finds that no objections have been filed in response to the Magistrate Judge's Report and Recommendation, and therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error.

The Court finds no clear error with regard to the Magistrate Judge's recommendation as to the claims for false arrest and false imprisonment. However, given Plaintiff's pro se status and the fact that the Court has original jurisdiction of this action by way of the excessive-force claim, the Court finds that Plaintiff's claim for deprivation of property should be construed as a state-law tort claim and allowed to proceed in this Court under its exercise of supplemental jurisdiction.

Accordingly, the Court **ADOPTS IN PART and REJECTS IN PART** the Magistrate Judge's Report and Recommendation:

Plaintiff's claims for false arrest and false imprisonment are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915A(b)(1), and the claims for excessive force and for deprivation of property shall proceed. The Clerk is **DIRECTED** to submit the matter to the Magistrate Judge for further proceedings, including Plaintiff's request to amend the complaint.

**IT IS SO ORDERED** this 21st day of November, 2022.

_____
**Leigh Martin May**
**United States District Judge**