IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIRK MICHAEL FIELDS,         )  PRISONER CIVIL RIGHTS
Inmate No. 99001885,         )  42 U.S.C. § 1983
Plaintiff,                   )
                             )
v.                           )  Civil Action No.
                             )  1:22-CV-3684-LMM-JKL
GWINNETT COUNTY POLICE       )
OFFICER HOWSE; et al.,       )
Defendants.                  )

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 12 2022

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

MOTION FOR APPOINTMENT OF COUNSEL

Comes now, the Plaintiff in the above styled action and moves this Honorable Court for the appointment of Counsel. As grounds for this motion plaintiff asserts the following:

1.) Per 28 U.S.C.S. § 1915 (e)(1) "The Court may request an attorney to represent any person unable to afford counsel."

2.) Due to "Cognative Disabilities" Plaintiff would be greatly disadvantaged without the assistance of Counsel.

3.) Quite honestly and most humbly I am finding litigation to be extremely cumbersome due to the complexity of this situation...

Wherefore, Plaintiff prays this Honorable Court grant this Motion and appoint competant Counsel to represent him as stand-by or lead counsel as the Court deems proper.

p. 1 of 2 pp.

## PETETITION FOR A COURT ORDER FOR EXTENDED LAW LIBRARY ACCESS, etc.

Now comes, Kirk M. Fields, Plaintiff in the above-styled action and makes this petition persuant to the following:

1.) Due to possible & quite probable sub-standard mental capabilities... Plaintiff is unable to comprehend information in the allotted time frame of only 1½ hours bi-weekly Law Lib. access and only 20 minuits access to the computer to search for information, case law etc.

2.) Per the inmate handbook only detainees with a Court Order will be allowed to (a) make copies of motions... (b) be allowed extended access time... to reference materials as well as phone and computer access...

Wherefore Plaintiff prays this Honorable Court procure an Order granting Maximum access to the Law Library and all privaleges available...

## CERTIFICATE OF SERVICE

I Kirk Michael Fields hereby certify service of the foregoing "Motion & Petetition" via U.S. mail to the Clerk of Court for filing with return receipt requested and for copies to be furnished to all interested parties as I am unable to make photo copies w/o a Court order.

This 7th day of Dec, 2022           *[signature]*
                                    KIRK M. FIELDS

p. 2 of 2 pp.

## SUPPLEMENTAL INFORMATION

Corpral Kirsten Luc #1536  ph. 770.513.5511

Came to see me on 9/21/2022 in re. to a letter that I sent to the Chief of Police requesting info. on any greivance proceedure available...

She knows who these officers are, also I am unable to contact her due to Neglegence of this facilities staff...

If at all possible please contact her and ask her if the Police woman that was at the scene would be a witness on my behalf...

Also I need dash cam footage of the Tall male officer who first arrived who shot me with a stun gun when I said "I want to speak with a supervisor"

Like I said in my letters to the FBI the A.C.L.U. as well as the GA Bar Assoc. I have been extremely wronged by the Police, the state's Atty. etc. but I dont know what my options are pertaining to possible remedys...

Lastly please find enclosed a letter I wrote to the D.A. I only have one envelope so I am enclosing the letter because I don't know if I should send it... if possible please have someone contact me about what to do about the facts contained in the letter.

Sincerely, Your's in Christ,  Kirk M. [signature]

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: KIRK MICHAEL FIELDS | COURT CASE NUMBER: 1:22-CV-3684-LMM-JKL |
| DEFENDANT: OFFICER HOWSE #2068 | TYPE OF PROCESS: Lawsuit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Gwinnett County Police Dep't.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 770 Hi Hope Rd., Lawrenceville, GA 30043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Cpl. Kirsten Luc #1536 knows exactly who this is...
Her phone #: 770.513.5511

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above) | Date | Time ☐ am ☐ pm

Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

KIRK MICHAEL FIELDS
*Plaintiff(s)*

v.                                    Civil Action No. 1:22-CV-3684-LMM-JKL

OFFICER HOWSE #2068
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OFFICER HOWSE #2068, Gwinnett Co. Police Dep't.
770 Hi Hope Rd.
Lawrenceville, GA 30043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-3684-LMM-JKL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KIRK MICHAEL FIELDS | 1:22-CV-3684-LMM-JKL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer John Doe, | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gwinnett County Police Dep't.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
770 Hi Hope Rd., Lawrenceville, GA 30043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Officer Doe is officer Howse's partner who shot me with a stun gun on the morning of March 24, 2022. Cpl. Kirsten Luc #1536, knows who this tall white male is.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

KIRK MICHAEL FIELDS
*Plaintiff(s)*

v.

Officer John Doe
*Defendant(s)*

Civil Action No. 1:22-CV-3684-LMM-JKL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Howse's Partner on the morning of March 24th, 2022, Tall white male who was the first person to arrive on scene. Place of Employment: G.C.P.D. 770 Hi Hope Rd. L'ville, GA 30043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-3684-LMM-JKL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

KIRK M. FIELDS
No. 99001885 @ G.C.D.C.
2900 University Pkwy.
Lawrenceville, GA 30043

ATLANTA METRO 301
GWINNETT COUNTY 2022 PM 5 L
JAIL
UNIT H



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 United States Courthouse
75 Ted Turner Dr. S.W.
Atlanta, GA 30303

CLEARED DATE
DEC 12 2022
U.S. Marshals Service
Atlanta, GA 30303

30303-331861