IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, Inmate No. 99001885, | : : : | PRISONER CIVIL RIGHTS |
| | | 42 U.S.C. § 1983 |
| Plaintiff, | : : | |
| | | CIVIL ACTION NO. |
| v. | : : | 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE OFFICER HOWSE; et al., | : : : | |
| Defendants. | : | |

**DEFENDANT HOWSE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT**

COMES NOW Defendant Gwinnett County Police Officer Howse (hereinafter "Officer Howse"), by and through counsel, and pursuant to Federal Rules of Civil Procedure (hereinafter "Rule") 7(b) and 12(b)(6) hereby moves the Court to dismiss Plaintiff's Complaint and Amended Complaint against him on the ground that Plaintiff has failed to state a claim upon which relief can be granted. In support of his motion, Officer Howse relies upon his contemporaneously filed Memorandum of Law, and all documents filed in this case.

(Signatures on following page)

Respectfully submitted this 13th day of February, 2023.

/s/ Tuwanda Rush Williams
TUWANDA RUSH WILLIAMS
Deputy County Attorney
Georgia Bar No. 619545
tuwanda.williams@gwinnettcounty.com

**PLEASE DESIGNATE AS
LEAD COUNSEL AND SERVE
ALL NOTICES UPON:**

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

*Attorneys for Defendant Howse*

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, Inmate No. 99001885, | : : : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : : | 42 U.S.C. § 1983 |
| v. | : : : | CIVIL ACTION NO. 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE OFFICER HOWSE; et al., | : : : : | |
| Defendants. | : | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

Respectfully submitted this 13th day of February, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

*Attorney for Defendant Howse*

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, Inmate No. 99001885, | : : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| Plaintiff, | : : | |
| v. | : | CIVIL ACTION NO. 1:22-CV-3684-LMM-JKL |
| | : : | |
| GWINNETT COUNTY POLICE OFFICER HOWSE; et al., | : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Plaintiff with a copy of the foregoing **DEFENDANT HOWSE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT** via the Court's CM/ECF System, and by U.S. mail to the following:

Kirk M. Fields
No. 99001885
Gwinnett County Detention Center
2900 University Parkway
Lawrenceville, GA  30043

(Signature on following page)

2

Respectfully submitted this 13th day of February, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

***Attorney for Defendant Howse***

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700