FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 23 2023

KEVIN P. WEIMER, Clerk
By: Kimberly Hicks, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIRK MICHAEL FIELDS  
Plaintiff

Prisoner Civil Rights
42 U.S.C. § 1983

v.

GWINNETT COUNTY, et al.,  
Defendants

CIVIL ACTION No.
1:22-CV-03684-LMM-JKL

## Notice of Change of Address

Notice to the Clerk of Court, in the above-styled action, that the Plaintiff's address has changed from 2900 University Parkway, Lawrenceville Georgia 30043 to the following:

i.e.: Kirk Michael Fields
G.D.C.P. # 1143519
P.O. Box 3877
Jackson, GA 30233

p. 1 of 2 pp.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 23 2023

KEVIN P. WEIMER, Clerk
By: Kimberly Add, Deputy Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
GEORGIA, ATLANTA DIVISION

KIRK MICHAEL FIELDS                    Prisoner Civil Rights
       Plaintiff                        42 U.S.C. § 1983

V.

Gwinnett County et. al.,               Civil Action No.
       Defendants                       1:22-CV-03684-LMM-JKL

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of my "Notice of change of address to the Clerk of the U.S. District Court, Atl. Div. for filing w/ return receipt requested via depositing in the U.S. mail. This 7th day of January 2023

Kirk M. Fields
KIRK M. FIELDS ⟷ Plaintiff Pro Se

p. 2 of 2 pp.

KIRK M. FIELDS
G.D.C. #1143519
GDCP
P.O. Box 3877
Jackson, Ga. 30233

Indigent Mail
Legal ZH

ATLANTA METRO 301
21 FEB 2023  PM 13L



CLEARED DATE
FEB 2 3 2023
U.S. Marshals Service
Atlanta, GA 30303

Office of the Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

30303-330894