Case 1:22-cv-03684-LMM-JKL   Document 11   Filed 12/12/22   Page 1 of 6

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KIRK MICHAEL FIELDS | 1:22-CV-3684-LMM-JKL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| OFFICER HOWSE #2068 | Lawsuit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gwinnett County Police Dep't
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
770 Hi Hope Rd, Lawrenceville, GA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 27 2023
KEVIN P. WEIMER, Clerk
BY: [signature] Deputy Clerk

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Cpl Kirston Luc #15360 knows exactly who this is. Her phone # 770.513.5511

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 Of 2 | No. 19 | No. 19 | Tammy T Gladney | 1/30/2023 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
CPL SC Everett   Court Liason

Address (complete only different than shown above)
75 Longley Dr Lawrenceville GA

Date: 2/10/23   Time: 10:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy [signature]

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-3684-LMM-JKL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Howse
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CPL SC Everett , who is
designated by law to accept service of process on behalf of *(name of organization)*
 on *(date)* 02/10/2023 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ 130.00 for travel and $ 39.30 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/10/2023

Dud Ehnhh
Server's signature

David Elmadblar Dusm
Printed name and title

121 Spring St SE Gainesville GA
Server's address

Additional information regarding attempted service, etc: