IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| GWINNETT COUNTY, et al., | : | CIVIL ACTION NO. |
| | : | 1:22-cv-03684-LMM-JKL |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation. Dkt. No. [23]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and has found none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. Officer Howse's motion to dismiss, Dkt. No. [14], is **GRANTED IN PART and DENIED IN PART**: the motion is **GRANTED** as to the state-law property claim asserted against Officer Howse in his official

capacity and otherwise **DENIED**. The state-law conversion claim asserted against Officer Smith in his official capacity is also **DISMISSED**. The Clerk is **DIRECTED** to submit the matter to the Magistrate Judge for further proceedings.

 **IT IS SO ORDERED** this 8th day of June, 2023.

          _____
          **Leigh Martin May**
          **United States District Judge**