# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | PRISONER CIVIL RIGHTS |
| Inmate No. 99001885, | : | 42 U.S.C. §1983 |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE | : | |
| OFFICER HOWSE; et al., | : | |
|    Defendants. | : | |

# O R D E R

On May 17, 2023, I denied Plaintiff's motion for appointment of counsel. (Doc. 23). Thereafter, counsel Paul Gerard Wersant notified the Court that he is interested in representing Plaintiff in this case pro bono. Upon reconsideration, Plaintiff's motion to appoint counsel [Doc. 10] is **GRANTED**. The Court appoints Mr. Paul Gerard Wersant, 3245 Peachtree Parkway, Suite D-2545, Suwanee, Georgia, 30024, (678) 264-2358 to represent KIRK MICHAEL FIELDS in this matter.

**IT IS SO ORDERED** this 13th day of July, 2023.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE