# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, Inmate No. 99001885, | : : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : : : | 42 U.S.C. § 1983 |
| v. | : : : | CIVIL ACTION NO. 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE OFFICER HOWSE; et al., | : : : : | |
| Defendants. | : | |

## DAVID SMITH'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT

COMES NOW Gwinnett County Police Sgt. David Smith, by and through counsel, and pursuant to Federal Rules of Civil Procedure 4 (d)(3) hereby moves the Court to for an extension of two (2) weeks, until July 31, 2023, in which to file his responsive pleading to Plaintiff's Complaint and Amended Complaint.

## MEMORANDUM IN SUPPORT

The undersigned filed David Smith's Waiver of Service of Summons on June 1, 2023. Doc. 26. On July 13, 2023 the Magistrate Judge granted Plaintiff's request

for appointment of counsel.  Doc. 29.  Sgt. Smith's responsive pleading is currently due on July 17, 2023.

The undersigned is currently recovering from surgery and on an extended medical leave, working remotely.  Defendant's counsel therefore needs an extension of two (2) weeks in which to file Sgt. Smith's responsive pleading.  Plaintiff's new counsel, Mr. Wersant, has agreed to a two (2) week extension of time for Sgt. David Smith to file his responsive pleading to Plaintiff's Complaint and Amended Complaint.  Additionally, it is in the interest of judicial economy for the lawyers to confer about the potential party defendants in this case.

Respectfully submitted this 17th day of July, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

***Attorney for David Smith***

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, Inmate No. 99001885, | : : : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : : : | 42 U.S.C. § 1983 |
| v. | : : : | CIVIL ACTION NO. 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE OFFICER HOWSE; et al., | : : : : | |
| Defendants. | : | |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

Respectfully submitted this 17th day of July, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

*Attorney for David Smith*

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, Inmate No. 99001885, | : : : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : : | 42 U.S.C. § 1983 |
| v. | : : : | CIVIL ACTION NO. 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE OFFICER HOWSE; et al., | : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Plaintiff with a copy of the foregoing **DAVID SMITH'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT** via the Court's CM/ECF System, and by U.S. mail to the following:

Paul Gerard Wersant
3245 Peachtree Parkway
Suite D245
Suwanee, GA  30024
pwersant@gmail.com

(Signature on following page)

Respectfully submitted this 17th day of July, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

**Attorney for David Smith**

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700