IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS,<br>Inmate No. 99001885<br><br>Plaintiff,<br>vs.<br><br>GWINNETT COUNTY POLICE<br>OFFICER HOWSE et al<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION No.<br>: 1:22-cv-036824-LMM-JKL<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

Paul Wersant appears for Plaintiff in this action per the Order [Doc 29].

## CERTIFICATE OF COMPLIANCE

Per L.R. 5.1, I certify this document was prepared in T.R. 14-point typeface.

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed ECF on the below date, sending ECF notice to opposing counsel of record.

Respectfully submitted this 29th day of July 2023

      By:   */s/Paul G. Wersant*
               Paul G. Wersant
               Georgia Bar No. 748341
               3245 Peachtree Parkway, Suite D-245
               Suwanee, Georgia 30024
               Telephone: (678) 894-5876
               Email: pwersant@gmail.com
               Attorney for Plaintiff