## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | PRISONER CIVIL RIGHTS |
| Inmate No. 99001885, | : | |
| | : | 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:22-CV-3684-LMM-JKL |
| | : | |
| GWINNETT COUNTY POLICE | : | |
| OFFICER HOWSE; et al., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Defendants Gwinnett County, Gwinnett County Police Department, Officer Howse and Officer Smith hereby request that this Court withdraw Elizabeth B. Taylor as their counsel in this case, as Ms. Taylor is leaving the Gwinnett County Law Department.  Defendants continue to be represented by the Gwinnett County Law Department, and Jonathan Kandel, Deputy County Attorney.

Respectfully submitted this 13th day of September, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No.  699920
elizabeth.taylor@gwinnettcounty.com
*Former Attorney for Defendants*

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | PRISONER CIVIL RIGHTS |
| Inmate No. 99001885, | : | |
| | : | 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:22-CV-3684-LMM-JKL |
| | : | |
| GWINNETT COUNTY POLICE | : | |
| OFFICER HOWSE; et al., | : | |
| | : | |
| Defendants. | : | |

**<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

Respectfully submitted this 13th day of September, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No.  699920
elizabeth.taylor@gwinnettcounty.com

***Former Attorney for Defendants***

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | PRISONER CIVIL RIGHTS |
| Inmate No. 99001885, | : | |
| | : | 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:22-CV-3684-LMM-JKL |
| | : | |
| GWINNETT COUNTY POLICE | : | |
| OFFICER HOWSE; et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Plaintiff with a copy of the

foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** via the Court's

CM/ECF System, and by U.S. mail to the following:

Paul G. Wersant
3245 Peachtree Parkway, Suite d-245
Suwanee, Georgia 30024

Respectfully submitted this 13th day of September, 2023.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No.  699920
elizabeth.taylor@gwinnettcounty.com

*Former Attorney for Defendants*

2

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700