IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| | ) | 1:22-cv-03684-LMM-JKL |
| v. | ) | |
| | ) | |
| GWINNETT COUNTY POLICE | ) | |
| OFFICER HOWSE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Angela C. Couch of Carothers & Mitchell, LLC, and enters her appearance as counsel for Defendants Gwinnett County, Gwinnett County Police Department, Gwinnett County Police Officer Howse and Gwinnett County Police Officer Smith, and requests that all future notices of trial and all other pleadings be sent to the undersigned. It is requested that the docket reflect her representation of these Defendants.

(*Signature on following page*)

This 15th day of September, 2023.

CAROTHERS & MITCHELL, LLC

/s/ *Angela C. Couch*

1809 Buford Highway          ANGELA C. COUCH
Buford, GA 30518             Georgia Bar No. 190005
(770) 932-3552               Attorney for Defendants
angela.couch@carmitch.com

## <u>CERTIFICATE OF SERVICE AND</u>
## <u>COMPLIANCE WITH L.R.5.1B</u>

I HEREBY CERTIFY that I have this date electronically filed the **ENTRY OF**

**APPEARANCE** with the Clerk of the Court using the CM/ECF system which will

automatically send email notification of such filing to the following attorneys of

record:

Paul G Wersant

3245 Peachtree Parkway

Suite D245

Suwanee, Georgia 30024

pwersant@gmail.com

I further certify pursuant to L.R. 7.1D that the above-titled document complies

with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

This 15th day of September, 2023.

/s/ *Angela C. Couch*
ANGELA C. COUCH
Georgia Bar No. 190005
Attorney for Defendants

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, Georgia 30518
(770) 932-3552
angela.couch@carmitch.com