IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-03684-LMM-JKL |
| v. | ) |
| | ) |
| GWINNETT COUNTY POLICE | ) |
| OFFICER HOWSE, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES OF GWINNETT COUNTY POLICE OFFICER HOWSE AND GWINNETT COUNTY POLICE OFFICER SMITH

COME NOW Gwinnett County Police Officers Howse and Smith, Defendants herein, and file this, their Answer and Defenses to the claims in Plaintiff's Amended Complaint [Doc. 4] allowed to proceed as set forth in the Court's Orders [Doc. 8 and Doc. 27], showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted under either Georgia or federal law.

### SECOND DEFENSE

Plaintiff's state-law claims against the Defendants are barred in whole or part

by the doctrines of sovereign immunity, official immunity, and discretionary act immunity pursuant to the Georgia Constitution and the laws of the State of Georgia.

### THIRD DEFENSE

Plaintiff's federal claims against the Defendants are barred in whole or in part by the doctrine of qualified immunity.

### FOURTH DEFENSE

The state-law claims against the Defendants should be dismissed, because Plaintiff failed to give an ante litem notice as required by Georgia law as a prerequisite to bringing the state-law claims set forth in the Amended Complaint.

### FIFTH DEFENSE

No act or omission on the part of these Defendants proximately caused or contributed to any damages Plaintiff claims to have sustained.

### SIXTH DEFENSE

Plaintiff's allegations do not support a claim for relief under 42 U.S.C. §1983, as any deprivation alleged therein does not rise to the level of a constitutional or federal law violation.

### SEVENTH DEFENSE

Any force used was justified due to Plaintiff's initiated and exhibited behavior

so as to be a danger to himself and/or others.

## EIGHTH DEFENSE

All applications of force were reasonable under the totality of the circumstances.

## NINTH DEFENSE

Defendants have not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the State of Georgia or any political subdivision thereof, nor have Defendants violated any act of Congress providing for the protection of civil rights.

## TENTH DEFENSE

The Defendants breached no duty to the Plaintiff with regard to the alleged claims against these Defendants.

## ELEVENTH DEFENSE

To the extent Plaintiff seeks damages, monetary recovery, and/or attorney's fees under state law and/or the Constitution of the State of Georgia against these Defendants, such claims are barred because these Defendants were at all relevant times acting in a good faith performance of their discretionary duties.

## TWELFTH DEFENSE

Plaintiff's alleged claims for injuries and damages are barred in whole or in part because of Plaintiff's actions and activities which contributed in whole or in part to Plaintiff's alleged injuries or damages.

## THIRTEENTH DEFENSE

Plaintiff's alleged claims for excessive force are barred because Plaintiff has failed to allege and cannot show that any actions of the Defendants with regard to Plaintiff were unreasonable or in bad faith.

## FOURTEENTH DEFENSE

Plaintiff's alleged claims against the individual Defendants herein are barred, because each of these Defendants acted in good faith and without malice at all times relevant to Plaintiff's allegations.

## FIFTEENTH DEFENSE

Plaintiff has failed to exhaust his remedies as may be required under the law.

## SIXTEENTH DEFENSE

Defendants assert any and all affirmative defenses set forth in Rule 8(c)(1) of the Federal Rules of Civil Procedure that are or may hereafter be applicable to this action.

SEVENTEENTH DEFENSE

Defendants deny that they are liable to Plaintiff for any claims made in the Amended Complaint, including, but not limited to, any state-law tort claim for deprivation of property and any claims of excessive force. Defendants attempt below to respond to Plaintiff's specific allegations as contained in the "Statement of Claim" section of the Amended Complaint as follows:

1.

The Defendants are without sufficient knowledge to either admit or deny any allegations regarding Plaintiff's attempted behavior on June 10, 2021. As such, said allegations stand denied.

2.

The Defendants are without sufficient knowledge to either admit or deny the allegations regarding Plaintiff's state of being homeless. As such, said allegations stand denied.

3.

The Defendants are without sufficient knowledge to either admit or deny the allegations regarding any directions from code enforcement officers. As such, said allegations stand denied.

4.

The Defendants deny that Plaintiff was arrested on June 10, 2021 for trespassing or littering.

5.

The Defendants deny Plaintiff's allegations regarding the communications between the Defendants and the Plaintiff on June 10, 2021.

6.

The Defendants deny that either of them "pounced" on Plaintiff.

7.

The Defendants deny that either of them repeatedly shocked Plaintiff with a stun gun.

8.

The Defendants deny that either of them dragged Plaintiff across the road.

9.

The Defendants deny that either of them threw Plaintiff in a patrol car "like a dead animal."

10.

The Defendants deny that either of them converted his property or otherwise

wrongfully deprived him of his property.

11.

To the extent Plaintiff's claims concerning a March 24, 2022 incident survived the Court's review, the Defendants deny any and all allegations regarding each of them and deny that either of them violated any federal or state law or constitutional right belonging to Plaintiff.

12.

The Defendants deny that either of them have lied or made false statements under oath.

13.

The Defendants deny Plaintiff's allegations regarding the itemization of his property at the time of his arrest(s).

14.

The Defendants deny Plaintiff's allegations regarding the value of his property.

15.

Each of the Defendants denies that he has conspired with anyone regarding Plaintiff.

16.

The Defendants deny that either of them are involved in any illegal activity.

17.

The Defendants deny that Plaintiff was wrongfully arrested and transported to jail.

18.

Any allegation contained in the Amended Complaint not specifically admitted herein is denied.

19.

The Defendants deny that Plaintiff is entitled to any relief sought in the Amended Complaint.

WHEREFORE, the Defendants pray that they be discharged with all costs cast against the Plaintiff.

*(Signature on following page)*

This 15th day of September, 2023.

                        CAROTHERS & MITCHELL, LLC

                        */s/ Angela C. Couch*
                        Richard A. Carothers
                        Georgia Bar No. 111075
                        Angela C. Couch
                        Georgia Bar No. 190005

1809 Buford Highway
Buford, Georgia 30518
Phone: 770-932-3552
Fax: 770-932-6348
richard.carothers@carmitch.com
angela.couch@carmitch.com

                        GWINNETT COUNTY DEPARTMENT OF LAW

                        Jonathan J. Kandel
                        Deputy County Attorney
                        Georgia Bar No. 940584

                        Attorneys for Defendants

75 Langley Drive
Lawrenceville, Georgia 30046-6935
Phone: 770-822-8700
Fax: 770-822-8790
jonathan.kandel@gwinnettcounty.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-03684-LMM-JKL |
| v. | ) |
| | ) |
| GWINNETT COUNTY POLICE | ) |
| OFFICER HOWSE, *et al.* | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE AND
COMPLIANCE WITH L.R.5.1B**

I HEREBY CERTIFY that I have this date electronically filed the **ANSWER AND AFFIRMATIVE DEFENSES OF GWINNETT COUNTY POLICE OFFICER HOWSE AND GWINNETT COUNTY POLICE OFFICER SMITH** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Paul G Wersant
3245 Peachtree Parkway
Suite D245
Suwanee, Georgia 30024
pwersant@gmail.com

I further certify pursuant to L.R. 7.1D that the above-titled document complies

with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

    This 15th day of September, 2023.

                                    CAROTHERS & MITCHELL, LLC

                                    */s/ Angela C. Couch*
                                    Richard A. Carothers
                                    Georgia Bar No. 111075
                                    Angela C. Couch
                                    Georgia Bar No. 190005

1809 Buford Highway
Buford, Georgia 30518
Phone:  770-932-3552
Fax: 770-932-6348
richard.carothers@carmitch.com
angela.couch@carmitch.com

                                    GWINNETT COUNTY DEPARTMENT
                                    OF LAW

                                    Jonathan J. Kandel
                                    Deputy County Attorney
                                    Georgia Bar No. 940584

                                    Attorneys for Defendants

75 Langley Drive
Lawrenceville, Georgia 30046-6935
Phone: 770-822-8700
Fax: 770-822-8790
jonathan.kandel@gwinnettcounty.com