# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | PRISONER CIVIL RIGHTS |
| Inmate No. 99001885, | : | 42 U.S.C. §1983 |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE | : | |
| OFFICER HOWSE; et al., | : | |
|     Defendants. | : | |

# **O R D E R**

On November 21, 2022, the District Court adopted in part my report and recommendation to allow Plaintiff's claims for excessive force and for deprivation of property to proceed against Gwinnett County Officers Howse and Doe, who subsequently was substituted for Officer Smith. (Docs. 5, 8, 23, 26). Before Officer Smith was served, Officer Howse filed a motion to dismiss the complaint, and on June 8, 2023, the District Court adopted my report and recommendation ("R&R") to grant in part and deny in part the motion to dismiss. (Docs. 14, 23, 27). Specifically, the Court granted Officer Howse's motion to the extent that the official capacity state law property claims be dismissed, but the remainder of the motion be denied. (Docs. 23, 27). In that R&R, I also denied Plaintiff's motion for appointment of counsel. (Doc. 23).

Thereafter, counsel Paul Gerard Wersant notified the Court that he was interested in representing Plaintiff in this case pro bono. On July 13, 2023, I reconsidered Plaintiff's motion to appoint counsel, granted the motion, and

appointed Mr. Wersant. (Doc. 29). Mr. Wersant entered an appearance on July 29, 2023. (Doc. 32).

On July 31, 2023, Defendant Smith filed a motion to dismiss by incorporation by reference. (Doc. 33). On August 21, 2023, Plaintiff filed an emergency motion for extension of time to file a response to Smith's motion or to file an amended complaint. (Doc. 34). I granted Plaintiff's request by docket entry, and Plaintiff then had until August 31, 2023 to do so. As of September 19, 2023, however, Plaintiff has not filed either a response to the motion to dismiss or an amended complaint.

This Court shall provide Plaintiff with **FOURTEEN** days from the date of this Order to respond to the motion to dismiss, file an amended complaint, or voluntarily dismiss this action. The Court advises Plaintiff that a failure to respond may lead to dismissal of this case pursuant to Fed. R. Civ. P. Rule 41(b) and LR 41.3(A)(2), NDGa.

**SO ORDERED** this 19th day of September, 2023.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE