IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| GWINNETT COUNTY, et al., | : | CIVIL ACTION NO. |
| | : | 1:22-cv-03684-LMM |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation. Dkt. No. [41]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and has found none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to follow a lawful order of the Court, and the pending motion to

dismiss, Dkt. No. [33], is **DENIED AS MOOT**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 25th day of October, 2023.

_____
**Leigh Martin May**
**United States District Judge**