IN THE SUPREME COURT OF GEORGIA
NORTHERN DISTRICT, ATLANTA DIVISON

KIRK MICHAEL FIELDS
Plaintiff, Petitioner,

v.

State of Georgia / Gwinnett County, Officer Howse et al.
Respondant, Defendants

No. 1:22-CV-3684-LMM-JKL
U.S. District Court
§ 1983

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 17 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MOTION TO APPOINT COUNSEL & REQUEST FOR "CASE HISTORY REPORT"...

Now Comes, KIRK M. FIELDS, Plaintiff in the above styled action, proceeding in forma pauperis / Pro Se ... As Grounds for granting this motion Plaintiff states the following:

(a.) Per 18 U.S.C., Sec. 3006A (a)-(g)... Plaintiff is eledgable for the following reasons:

(1) Plaintiff is experiencing extreme anxiety due to the complexity of these cases as well as inability to persue "full and fair"

p. 1 of 3 pp.

MOTION FOR APPOINTMENT OF COUNSEL CONT'D.

... litigation... ie. innability to obtain evidence, eg. pictures of alleged "crime scene", contact witnesses, procure funds to hire expert witnesses, schedjule Court hearings, etc. Also as a direct result of P.T.S.D. (Post tramatic Stress Disorder) from being the victim of these TORTS over + over again... (A.D.D.) Attention Deficit Disorder, it is very hard for me to concentrate because my "Tarabyte" hard drive in my head has a hard time sorting information... possibly, partially due to dislexia... ie. I have to read things over + over to make sure I am "obsorbing the correct context"... Also it seems that there is an exponential amount of case law that I am "OVERWHELMED" by, and the more I read the more frusstrated I get because I am constantly reminded of just how wrong I have been treated.

Furthermore, Plaintiff requests that a "EVEDENTIARY HEARING", expadited, due to His declining health... Note I, Plaintiff have submitted an "Open Records Act" request

p. 2 of 3 pp.

MOTION FOR APPOINTMENT OF COUNSEL CONT'D

... to Medical almost two weeks ago and have not received a response as of the writing of this Motion, May, 8th, 2024 @ 4:20 AM.

In closing Plaintiff reaffirms that he has been previousely been granted permission to proceed in forma pauperis. Enclosed please find current account info...

WHEREFORE, Plaintiff prays this Honorable Court grant this motion as well as schedgule a expadited / fast Trac Hearing as soon as practable.

Most Humbly + Sincerely Requested,

Kirk M. Fields
KIRK M. FIELDS, No. 99001885
c/o G.C.D.C., 2900 Hwy. 316
Lawrenceville, GA 30043

p. 3   p 3 pp.

# CERTIFICATE OF SERVICE

I, KIRK MICHAEL FIELDS, Plaintiff in the above, foregoing, attached "Motion to appoint Counsel" do hereby certify that I have furnished a copy of said motion enclosed in an envelope addressed to the Clerk of Court, with proper postage affixed & hand delivered to Sheriff's deputies for deposit in this facilities outgoing mail "drop box" with this request to the Clerk to furnish copies to all interested parties as well as one copy to be returned to me with a "FILED" stamp etc. for my personal file/records...

Humbly, Sincerely, & Respectfully,

This 8th day of May, 2024.

*(signature)*

KIRK M. FIELDS, Plaintiff Pro Se,
C/O G.C.D.C. # 99001885
2900 University Pkwy.
Lawrenceville, GA 30043