May 3, 2024

To: United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3361

From: Kirk Michael Fields, D.O.B. May 27, 1966
S.S. # 252·04·8515, D.L. # 021814445

Current Mailing Address c/o G.C.D.C. #9900/885
2900 University Pkwy., L'ville GA 30043

Re: Request for Immediate Review...

Greetings,

I shall turn 58 in 22 days and am in pain 24 hrs. daily due to exponentially declining health & this facilities denial of adequate medical care. Their explination is because treatment cost upwards of $40,000.00 ...

I am not a "Woe is me" type of person but facts are facts.

p. 1 of 8 pp.

"... I suffer greatly from physical as well as mental disabilities, ie. pserosis of the liver, hep. C, neuropathy, P.T.S.D, A.D.D. and dislexia..."

I am writing this letter because I am at, quite possibly, "My wits end" as to what my options are...

My Appeal was dismissed on, I believe, Sept. 7th 2023 for failure to submit an enummeration of Errors as well as a Appleant Brief.

From my research I may qualify, under the, "Excusable Neglect" standard due to the fact that I was released from prison on May 8, 2022 and when I "got home" I had no home ie. everything was gone, all my clothes as well as personal effects, phone, boots, tools etc. long story short I had no "mailing address" therefore I never recieved "NOTICE OF DOCKETING"...

Note, I was sentanced to 18 months in prison with two "concurent but consecutive"? sentances for FALSE charges in which the ...

p. 2 of 8 pp.

... State's Atty. used FALSE testimony to obtain a conviction...

## INTERLUCTORY MOTION

I am Not an Attorney so I don't know and am doing the best I can due to exegent circumstances ie. it takes anywhere from 1-3 weeks to obtain information from the "Law Library" here at the jail...

## MOTION FOR EX PARTE HEARING

Comes Now, Kirk Michael Fields, by + through himself in a Pro Se, in forma pauperis mannor and moves this Honorable Court for a "Immediate", respectfully + humbly, Hearing with a "Polygraph Examiner / Expert" to test the sufficiency of the arresting officer's statements... for just Cause...

## Just Cause No. 1

Beginning with my last arrest, under the penalty of perjury I state the following

p. 3 of 8 pp.

... facts to be true + correct, to the best of my knowledge.   [signature]

On or about sometime in mid March 2022 I was on the side of Lawrenceville-Suwannee Rd. approximately @ 7:00 AM with a ~~very~~ (sic)(*) very small fire, no bigger than a soft ball trying to warm my hands & heat a cup of coffee due to the fact that, the night before, my jacket was stolen and it was very cold that morning shortly after day break a Gwinnett County Police Officer (Mr. Smith, I believe) pulled along the side of the road approx. 1-2 hundred feet before where I was at almost 20' off the side of the road * shortly afterward another officer (Mr. Howse) pulled up and then another (female Officer "Name Unknown") After Conspiring together in an effort to deprive me of my Constitutional Right to Life, Liberty + Property, Due Process, as well as my 4th Amendment right to be free of crule + unusual punishment and illegal search + seziure did

p. 4 of 8 pp.

... after at least 30 min. to an hour circled around me and Officer Howse informed me I was under arrest for soliciting A FALSE CHARGE *"Explination to follow." Without violence nor threats of violence I demanded to speak with a Supervisor. I was immediately shot with a taser, I believe set to kill, because I equate the effects as possibly being in an electric chair, then forearmed over a guardrail into some briars / thorns *#2 Witnesses, Gwinnett Fire Dep't... All the while begging to the point of tears for them to stop /cease & desist their "illegal & unethical acts...

Ultimately I was taken to G.C.D.C. (Gwinnett County Detention Center) & FALSELY charged with three (3) counts of felony obstruction & one count of interfienance with government property *#3 one count of violating a city "burn restriction" ordanance and of course solicitation...

JUST CAUSE No. 2

At a "Probable Cause" hearing in wich Ms.

p. 5 of 8 pp.

... Kemay Jackson was representing me as "Court appointed Counsel" I believe it was May 5th. 2022. Officer Howse made Numerous FALSE statements <u>Under Oath</u> "in a judicial proceeding," of which I have found out reciently, is Perjury to say the least ... I wrote the Clerk of court, Filed a Complaint with PR / Chief of Police @ 770 Hi Hope Rd. + I have No Idea what the end result was except my being informed that there may have been some "violation of standard arrest procedures"

JUST CAUSE No. 3

The State's Attorney (D.A.) used FALSE testamony to obtain a conviction ,, as well as had ex parte colloquy with, subsequent counsel Mr. Dale A. Wren of which I filed a Bar Complaint due to ~~inne~~ (sic) ineffective assistance ... As far as I am concerned Mr. Wren + the (D.A.) Mr. Unger Conspired to send me to prison under false charges ...

p. 6 of 8 pp

I have filed, and am in the process of prosecuting a § 1983 "Civil Rights" suit with this Court, I believe. but again due to my homelessness & disabillities I have no Idea what stage it is in..

I most humbly appologize for any inconvienience this may have caused. but truth be known I am the one suffering for my "inadaquacies".. (Respectfully)

### JUST CAUSE No. 4

I have reciently been granted access to health insurance & have found out that there is a CURE for hep C of which my health is fadeing exponentially without this treatment of which this faciility DOES NOT allow me to participate..

IN consideration of your time as well as my "lack" of time I shall now close with the most humble request that this letter/Motion be amendable / supplemented @ the Quarts, sorry Court's discretion, as Justice may require.

p. 7 of 8 pp.

"P.S. Please forgive my "amorphous" construction of this document. This whole situation is quite oppressive, to say the least. But I shall not give up as I have done in the past, to my detriment.

P.S.S. Please accept my most humble thanks in your consideration in this matter.


Sincerely & Respectfully,
Yours in Christ,

*[signature]*
KIRK M. FIELDS

Under penalty of perjury I state that the foregoing is true & correct, to the best of my knowledge.

*[signature]*
May 4th, 2024    KIRK M. FIELDS

P.S.S.S. Attn. "Clerk of Court" it has happened again, I have been arrested on false charges and my property has been abandoned. Please forward me 42 U.S.C. § 1983 FORMS...

p. 8 of 8 pp.

# Gwinnett County Jail
# Inmate Request

15 711

| Unit | Room # | Inmate Full Name | ID # |
|---|---|---|---|
| 1B | 111-A | FIELDS, KIRK M. | 99001885 |

**Please check program(s) that apply below:**

☐ AA  ☐ NA  ☐ SA  ☐ DRP  ☐ GED

**DO NOT** SEND MULTIPLE REQUESTS YOUR NAME WILL BE ADDED TO THE LIST

*ADDITIONAL REQUESTS MUST BE ON A SEPARATE INMATE REQUEST FORM*

⬇ **CHECK ONLY ONE REQUEST BELOW** ⬇

☐ LAW LIBRARY:  VISIT / PAPERWORK (Circle One)

☐ BIBLE   ☐ OPERATION SECOND CHANCE   ☐ OPEN RECORDS
                  Dog Unit

☐ KITCHEN   ☐ PROPERTY   ☐ CLASSIFICATION   ☒ INMATE ACCOUNTS
Food Related Only

☐ ACTIVE RECORDS – Current Arrest Sentencing Questions

☐ INACTIVE RECORDS – Previous Arrest and Mail Questions

**Additional Information:** Please fill out the attached Certification & forward me a copy of my I/M Account for the last 12 months.

| Inmate Name: [signature] | | Date: 4/4/24 | Time: 4:20 |
|---|---|---|---|
| Deputy Signature: M.Ba | Badge Number: 505022 | Date & Time Received: 4-4-24 23:40 | |

**Actions Taken / Disposition**

See attached.

| Answered By: I/M. accts. | Date & Time: 4/9/24 |
|---|---|

THIS FORM IS TO BE COMPLETED ONLY BY AN AUTHORIZED INDIVIDUAL AT THE INSTITUTION WHERE THE INMATE PLAINTIFF IS PRESENTLY INCARCERATED, OR HIS/HER DESIGNEE.

CERTIFICATION

I hereby certify that the Plaintiff herein, __Fields, Kirk M.__, has an average monthly balance for the last twelve (12) months of $ __105.00__ on account at the __GWINNETT COUNTY DETENTION CENTER__ institution where confined. (If not confined for a full twelve (12) months, specify the number of months confined. Then compute the average monthly balance on that number of months.) __1 month only.__

I further certify that Plaintiff likewise has the following securities according to the records of said institution: __GWINNETT COUNTY DETENTION CENTER__

__Chorgeta Gumell__   __4/9/24__
Authorized Officer of Institution       Date

NOTE: Please attach a copy of the prisoner's inmate account of the last 12 months, or the period of incarceration (whichever is less).

# Money Receipts with Gift Cards

99001885 : FIELDS, KIRK M
Transactions From 4/9/2023 12:00 AM to 4/9/2024 11:59 PM

| Receipt | Add # | Type | Name | User | Amount |
|---|---|---|---|---|---|
| 4623155 | 0 | GiftCard | Gift Card Fund | | $50.00 |
| 4/2/2024 | | JailATM Web Deposit GC# 63365945 by Kim Lee | | | |
| 4622480 | 0 | GiftCard | Gift Card Fund | | $30.00 |
| 4/1/2024 | | JailATM Web Deposit GC# 63344783 by Maxine Wilk | | | |
| 4622360 | 0 | GiftCard | Gift Card Fund | | $25.00 |
| 4/1/2024 | | JailATM Web Deposit GC# 63343360 by Maxine Wilk | | | |

| | |
|---|---|
| Total Cash: | $0.00 |
| Total Checks: | $0.00 |
| Total Money Orders: | $0.00 |
| Total Other: | $105.00 |
| **Cash Drawer Total:** | **$105.00** |

Prepared by Georgeta Gumeez

NOTES PERTAINING TO ASTRIKS * expl.

*1.) The elements that have to be proven pertaining to a charge of "Soliciting" O.C.G.A. § 40-6-97, (b) if I remember correctly are (A) The person "soliciting" has to be <u>in a roadway</u>; (B) <u>Talking to an occupant of any vehicle</u>; (c) <u>For the purpose of obtaining/collecting/requesting funds</u>... I was <u>NOT</u> doing ANY of these.

*No. 2.) When the Fire Dep't arrived I believe the "Fire Chief" stepped on the fire twice (two steps) and it was out. Also they, (The Fire Fighters), would have + could have been key witnesses as to the facts... ie., contrary to the "police report" I never "kicked" any one, nor spat on any one. And I stated "I'm not going to jail for something I didn't do" and "loose everything I own <u>AGAIN</u>". In their, FALSE, POLICE REPORT they omitted everything except "I'm not going to jail" which, for someone who wasn't there, it might seem that I was at fault, which is NOT

p. 1 of 5 pp.

"...the case at all." I have exhausted my available State remedies," of which most of these have proven to be futile at best ie. I have filed Grievances and the reply I got was "this is not a grievable issue", or the staff here at the jail just threw my request in file 13, the trash.

* No. 3.) At my "Probable cause hearing on or about May 5, 2021 or '22', I am terrible with remembering dates and I have to re-check numbers before I write them down. "...causing me..." Officer Howse, acting in his "official", as well as his individual capassity, made numerous false statements including but not limited to "Mr. Fields kicked my partner in the groin..." but the police report said that he, Officer Howse, got kicked..." they can't remember who got kicked BECAUSE IT DID NOT happen. Any way I sent a postcard to the Clerk of Superior Court requesting charges of perjury be pressed against Officer Howse for lying at the hearing & fabricating a false Report...

"... *#3.) cont., Furthermore Officer Howse stated, under oath, that there was a sign that said "WASH" and that I was standing in front of a "Car Wash" soliciting business... SEE exhibit (A) attached, the closest "Car Wash" is NOWHERE near where I was arrested and I definately did NOT have any sign that said wash. Lastly conserning the "interfierance with government property charge", While I was being arrested, for a false charge of soliciting, one of the officers noticed a very small scratch in the window tint, of which I was charged with a felony for alledgedly breaking the "passenger's side window, while I was velcroed to the other side of the car. SEE exhibit (B) attached. I have paint & body experience & know full well the difference between a scratch & a crack in the window...

In closing I, Kirk Michael Fields, request, most humbly + assertively, redress from the wrongs, "torts" of which I have suffered *(K7) Due to the unlawful acts of the Gwinnett Police et al.

p. 3 of 5 pp.



| Defendant | Exhibit No. (B) | Amendment |
|---|---|---|
| Howse & Smith et al. | Infringement of U.S. Constitution AMENDMENT XIV Sec. 1 "... Nor shall any State deprive any person of life, liberty, or property, without due process of law; Nor deny any person within its jurisdiction the equal protection of the laws." ⧣PAUSE⧣ | Fourteenth |

⧣ I HAVE TO PAUSE BECAUSE I AM HAVING GREAT DIFFICULTY IN CHRONICLEIZING (if that is even a word) DUE TO THE PLETHERA OF TORTS... I HAVE BEEN FORCED TO ENDURE, TO THE POINT OF HAVING SEVERE ANXIETY ATTACKS, HEADACHES, MODERATE CHEST PAIN, AS WELL AS EXTENDED BOUTS OF DEPRESSION

I have so many notes, explinations, case law, reference materials, ie A MAP I drew to serve as a "Visual Reference". So as of this instant, 1:13 AM, Wed. May 8th I request a Hearing per *#3 in re. "Notes pertaining to Astrix" p. 3

{ The scratch was approx ←——→ This Long.

p. 5 of 5 pp.



KIRK M. FIELDS
c/o G.C.D.C. # 99001885
2900 University Pkwy.
Lawrenceville, GA 30043

CLEARED DATE
MAY 17 2024
U.S. Marshals Service
Atlanta, GA

Gwinnett County Jail
Unit 1C

United States District Ct.
Office of the Clerk
Nothern District of Georgia
2211 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

Gwinnett County Jail
Unit 1C