CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 1 0 2024

KEVIN P. WEIMER, Clerk
By _Courtney P. Sloan_ Deputy Clerk

KIRK MICHAEL FIELDS   Pro Se...

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.) Nos; G.C.D.C.:(99001885);
⤷ D.O.C.:(583349)

-vs-

**1:24-CV-2067**

Officers, Bishop, Stewart, ) et al.
Howse, Smith, & _____ ) Gwinnett Co.
_____ ) Police...

(Enter above the full name of the defendant(s).)

I.   Previous Lawsuits
     A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

                    Yes (X)     No ( )

     B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is
          more than one lawsuit, describe the additional lawsuits on another piece of paper,
          using the same outline.)

          1.   Parties to this previous lawsuit

               Plaintiff(s): Self, Kirk Michael Fields
               2900 University Pkwy. L'ville, GA.

               Defendant(s): Gwinnett Co. Police, officer Howse et al.
               770 Hi Hope Rd, L'ville, GA

          2.   Court (name the district): U.S. Supreme Ct., Northern Dist. Atl. Div.
               2211 U.S. Courthouse, 75 Ted Turner Dr, Atl, GA

          3.   Docket Number: 22 CV ??? ___ JKL
               * I can't Remember and have
               Lost all documents due to Homelessness,
               & "Tort feasors" abandoning my property...

Rev. 12/5/07

p. 1 of 8 pp.

I.   Previous Lawsuits (Cont'd)

    4.   Name of judge to whom case was assigned: _Honerable J.J, May + J.K. Larkin,_

    5.   Did the previous case involve the same facts?

            Yes (X)   No ( )

    6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
_I was released from prison on the 9th of May 2023 & have had no address until March, 11th of this year._

    7.   Approximate date of filing lawsuit: _On or about Oct. 2022_

    8.   Approximate date of disposition: _Unknown, Undesided._

II.   Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.   Place of Present Confinement: _Gwinnett Co. Sheriffs Jail_

    B.   Is there a prisoner grievance procedure in this institution?

            Yes (X)   No ( )

    C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

            Yes (X)   No ( )

    D.   If your answer is YES:

        1.   What steps did you take and what were the results?
_I requested through the "keiosk" as well as pre-greivance forms / formal grievance forms and the reply was "this is not a grievable issue" & further inquiry was futal to say the least._

        2.   If your answer is NO, explain why not _____

III.   **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff: _KIRK MICHAEL FIELDS_

Address(es): _Gwinnett County Corr. Facility,_
_"Jail", Sheriff's Office, Det. Ctr. 228/_
_2900 University Pkwy, Lawrenceville,_
_Georgia 30043_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s): _Officers Bishop, Stewart,_
_Howse, Smith & "New"_

Employed as _Police Officers_

at _Gwinnett Co. Police Station, presumably @_
_770 Hi Hope Rd., Lawrenceville, GA 30043_

IV.   **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_On or about Dec. 23rd, 2021 Officer Bishop falsely_
_arrested me for tresspassing on a property that I was_
_approximately a mile away from. and as a result of_
_this my 4/ wheeler, + all my possessions were left_
_unattended after I told Mr. Bishop that "THAT_
_IS MY FOUR WHEELER RITE THERE BY THE R.R. TRAX."_

_The Attorney (Ms. Kemay Jackson) that repres-_
_ented me @ the (May 5th, 2021 or '22 I have_
_a "photogenic" memory as far as visual remember-_

_p. 3 of 8 pp._

IV.   Statement of Claim (Cont'd)

''' - ance, but I am terrible with dates, etc.
due to Dislexia, + possibly "Old Timer's" ☺
Sorry. — I know this is a very serious matter but I
have always included "bits of humer" in everything
I say or write because (I HATE BEING MISERABLE...)
Any way @ the "Probable Cause" hearing on the 3
Obstruction + 1 interference with Government
Property etc. I kept telling Ms. Jackson that the
Police (Mr. /Officer HOWSE) Was lying and she
kept telling me to be quiet... **NOTE** She may
have had some "Stratagy" But I tried to call
her + write her and never got a response so
I filed a MOTION TO PROCEED "Pro-Se"...
Later on, a couple of months passed and due to
the Deliberate Indiference of the staff here at
the jail I was unable to get a copy of the tr-
anscripts that was held in a courtroom here
at the jail; I requested these via Open Rec-
ords request and the reply was "I Need
to contact my Atty..." Any way numerous request
were denied. Should I have been able to
obtain this info / documentation... and were
able to obtain the Services of an Expert in
lie detecting... a judgement of Acquittal
would have been Necessary to say the least

**✱ Please see Attached "Supplement "labled ✱**
p. 6  "STATEMENT OF        CLAIM (CONT'D)"

V.   Relief
~~State~~ briefly exactly what ~~you want~~ the Court to do for you.  Make no legal arguments.  Cite
no ~~cases or statutes.~~

1.) Have an immediate "Evidentiary Hearing";

2.) Prosecute Defendants for lying under oath;

3.) Order Defendants to compensate for loss
↳ of Property, Pain & Suffering, Mental
↳ Anguish, etc;

4.) Award Punative Damages as well as any other
↳ Damages as Justice may require...;

5.) Grant "Injunctive Relief" ie. T.R.O.

p. 4  of 8  pp.

V.  Relief (Cont'd)

6.) ENJOIN All Defendants affiliated with
   ↳ the "Conspiring" to deprive me of my
   ↳ GA + U.S. Constitutional Rights...;

7.) Reply with a "Declatory Judgement" as
   ↳ to what "Expert" Svc's may be available
   ↳ to me under 18 U.S.C.S. Sec. 3006A as a
   ↳ Pro Se litigant...

8.) Grant a "Superseeds R.O.R. Bond and a
   ↳ "Stay" of the sentence imposed by
   ↳ the Superior Court on December 7th
   ↳ 2022.

Signed this ___5th___ day of ___May___, 20_24_.

_____
Signature of Plaintiff

STATE OF ___GEORGIA___
COUNTY (CITY) OF ___Gwinnett___

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON ___May 5th, 2024___
                  (Date)

_____
Signature of Plaintiff

p. 5 of 8 pp

IV        STATEMENT OF CLAIM (CONT'D)...

... Intrim Statement, "I have been diagnosed with, (1) P.T.S.D. : Caused by repeated Eighth Amendment infringement / violations ie. Excessive use of force after illegal arrest of which there was no probable cause to arrest... (3) A.D.D., "As Denny Crane, / William Shatner from B.L. (Boston Legal), would say "TRUTH TIME"... I have been addicted to "anti-depressents" for 41 years so yes some of my "disabilities" were "side effects" of past "bad decisions..." Anyway - my opponents, The Police, States Atty's, Defence Atty's etc. will probably try to take this statement and "run with it", but they can not outrun the Truth, So that is what I am telling. continuing - I have also been diagnosed with Boarderline schizophrenia, I believe due to exposure to the repeated malicious acts of the Gwinnett as well as the Lawrenceville Police. as a direct consequence I have an extensive record for pleading no-contest or guilty to charges that I did Not do because somehow, I believe its the Sixth Amendment "right to Addequate counsel + speedy trial rights were infringed, to say the least so I "take a plea" to get out of jail...

p. 6 of 8 pp.

IV      STATEMENT OF CLAIM (CONT'D)...

..."Moving allong now", for "clairafication purposes,
Officer Bishop is the arresting officer who
on Dec. 23rd of 2021, Falsely arrested me
for a charge of "Tresspassing" and subsecuent
to this illegal arrest I was searched, illegaly and
under the "FRUIT OF A POISONUS TREE DOCTRINE"
Defence Atty. Dale A. Wren should have filed a
"Motion to Suppress"..., A Demurrer to the Acc-
usation / information / indictment...? I am
not an Atty but throughout my research there is
a plethera of case law that exonerates me. So
had Mr. Wren at least considered my motions
the tresspassing + possession charges should have
been dismissed. Also prior to being arrested Mr.
Bishop called someone and said "is Fields on
the list", I couldn't hear what whoever was
on the other end of the line said except something
about "MONFORT Rd." Attached please find ex-
hibit (A) "A visual map I drew for this Court
to better get a mental, factual synopcis of the
events I am requesting redress for, under the
"Due Process" Clause of the Fourteenth Amend.
to the U.S. Constitution. Any way "POINT (a)
is depicted / marked with an ✖", this is where

... I was "supposedly" "tresspassing", and point (b) is marked by an ⊛ this is the location where the arrest took place, Approx. ½ – ¾ of a mile away. "Arrest Site A-1" Arrest Site "A-3" is marked with an "●", And Arrest Site "A-2" is marked with an "۞"

Referring, briefly back to my "inadaquacies" ... concerning "schitzophrenia" I believe I may be "rambeling on" but I am afraid that I may leave out / ommit "crucial information" or inadequately re- present my case ...

Temporary Conclusion

In consideration of this Honorable Court's "peace of mind" I shall close for now with a most humble request to "Supplement these Narratives" as "justice may require ...

NOTE Just for Clairafication, A-2 occured sometime in Mid. March of 2021, and A-3 occured on or about March 11th 2024.

Respectfully Submitted this 5th day of May in the year of our LORD 2024.

ZH

p. 8 of 8 pp.