IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIRK MICHAEL FIELDS, | : | PRISONER CIVIL RIGHTS |
| Inmate No. 99001885, | : | 42 U.S.C. §1983 |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:22-CV-3684-LMM-JKL |
| GWINNETT COUNTY POLICE | : | |
| OFFICER HOWSE; et al., | : | |
|    Defendants. | : | |

**O R D E R**

The Court appoints Mr. Edwin Allen Page of the law firm Bondurant Mixon & Elmore, LLP, One Atlantic Center, Suite 3900, 1201 W. Peachtree Street, N.W., Atlanta, Georgia, 30309, (404) 881-4167 to represent KIRK MICHAEL FIELDS in this matter.

**IT IS SO ORDERED** this 28th day of May, 2024.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE