IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-03684-LMM-JKL |
| v. | ) |
| | ) |
| GWINNETT COUNTY POLICE | ) |
| OFFICER HOWSE, *et al.* | ) |
| | ) |
| Defendants. | ) |

**SPECIAL APPEARANCE OF**
**GWINNETT COUNTY POLICE OFFICER BISHOP**

COMES NOW Gwinnett County Police Officer Bishop, an apparent named Defendant herein, and without submitting to the jurisdiction of this Court, hereby enters this Special Appearance out of an abundance of caution to inform the Court that regarding any action filed in this Court by Kirk Fields, Gwinnett County Police Officer Bishop has not been served and has not otherwise received anything directly from Fields. To the extent any response is required of this Defendant, without waiving any defense and without submitting to jurisdiction, Defendant denies each and every claim and allegation of Plaintiff regarding this Defendant and respectfully requests dismissal of any and all claims made against this Defendant. Defendant

reserves any defenses including but not limited to insufficiency of service of process and qualified immunity, and the right to raise additional defenses if served.

WHEREFORE, Defendant prays that s/he be discharged with all costs cast against the Plaintiff.

This 6th day of June, 2024.

                                              CAROTHERS & MITCHELL, LLC

                                              */s/ Angela C. Couch*
                                              Richard A. Carothers
                                              Georgia Bar No. 111075
                                              Angela C. Couch
                                              Georgia Bar No. 190005
                                              Attorneys for Defendant Bishop

1809 Buford Highway
Buford, Georgia 30518
Phone:  770-932-3552
Fax: 770-932-6348
richard.carothers@carmitch.com
angela.couch@carmitch.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| ) | 1:22-cv-03684-LMM-JKL |
| v. ) | |
| ) | |
| GWINNETT COUNTY POLICE ) | |
| OFFICER HOWSE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE AND
COMPLIANCE WITH L.R.5.1B**

I HEREBY CERTIFY that I have this date electronically filed the **SPECIAL APPEARANCE OF GWINNETT COUNTY POLICE OFFICER BISHOP** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Edwin Allen Page
Bondurant Mixon & Elmore LLP
One Atlantic Center, Suite 3900
1201 W. Peachtree Street NW
Atlanta, Georgia 30309

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

This 6th day of June, 2024.

                                         CAROTHERS & MITCHELL, LLC

                                         */s/ Angela C. Couch*
                                         Richard A. Carothers
                                         Georgia Bar No. 111075
                                         Angela C. Couch
                                         Georgia Bar No. 190005
                                         Attorneys for Defendant Bishop

1809 Buford Highway
Buford, Georgia 30518
Phone:  770-932-3552
Fax: 770-932-6348
richard.carothers@carmitch.com
angela.couch@carmitch.com