UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS,<br><br>Plaintiff,<br><br>v.<br><br>GWINNETT COUNTY, *et. al*,<br><br>Defendants. | Case No.<br>1:22-CV-3684-LMM-JKL |

## NOTICE OF APPERANCE

Pursuant to the Court's Appointing Orders [Dkts. 48, 50], Attorney E. Allen Page of the firm Bondurant Mixson & Elmore hereby gives notice of his appearance as attorney of record for Plaintiff Kirk Michael Fields.

Pursuant to the Court's order, Counsel endeavored to "promptly contact Plaintiff" upon appointment. [Dkt. 48 at 5.] Despite a delay due to Plaintiff's contemporaneous release from incarceration and homelessness, Counsel has now successfully made contact with Plaintiff and confirmed that Plaintiff wishes for Counsel to represent him and proceed with the matter.

Counsel now enters his appearance and gives notice that Plaintiff will make a subsequent filing on or prior to the 30-day deadline of June 27, 2024, pursuant to the Court's instructions. *See id.*

1

Respectfully submitted, this 21st day of June, 2024.

>/s/ E. Allen Page
> E. Allen Page
> Georgia Bar No. 640163
> **BONDURANT, MIXSON**
> **& ELMORE, LLP**
> 1201 W Peachtree St NW
> Suite 3900
> Atlanta, GA 30309
> Tel: 404-881-4100
> page@bmelaw.com

## **Certificate of Compliance**

Pursuant to Local Rule 7.1(D), I certify that this submission complies with the page and word requirements in Local Rule 5.1 because it is less than 25 pages and prepared with size 13 Book Antiqua font.

*/s/ E. Allen Page*
E. Allen Page

## **Certificate of Service**

I certify that on June 21, 2024, I submitted this filing via the Court's CM/ECF system, which will serve an electronic copy on all counsel of record.

*/s/ E. Allen Page*
E. Allen Page
