IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS, | |
| Plaintiff, | |
| | PRISONER CIVIL RIGHTS |
| | 42 U.S.C. § 1983 |
| v. | |
| GWINNETT COUNTY, et al., | CIVIL ACTION NO. |
| | 1:22-cv-03684-LMM-JKL |
| Defendants. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation. Dkt. No. [63]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and has found none.

The Court thus **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [63]. Accordingly, the motion to set aside judgment, Dkt. No. [57], is **GRANTED**, and the Court's judgment, Dkt. No. [43], is **SET ASIDE**. Plaintiff's motion for ex parte hearing, Dkt. No. [46], is **DENIED AS**

**MOOT** as duplicative of the motion to set aside judgment. Plaintiff is also **GRANTED LEAVE** to file an amended complaint within **14 DAYS** of the entry of this Order. The deadline for perfecting service of process on Defendants is **EXTENDED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure to **30 DAYS** after the entry of this Order.

    **IT IS SO ORDERED** this 26th day of August, 2024.

                                                **Leigh Martin May**
                                                **United States District Judge**