**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

KIRK MICHAEL FIELDS,

     *Plaintiff,*

v.

GWINNETT COUNTY
POLICE DEPARTMENT, *et al.,*

     *Defendants.*

CIVIL ACTION FILE
NO. 1:22-CV-3684-LMM-JKL

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT KYLE HOWSE'S MOTION TO DISMISS**

Plaintiff Kirk Michael Fields seeks a 15-day extension of time to file his Response in opposition to Defendant Kyle Howse's Motion to Dismiss, filed on September 23, 2024 [Dkt. 80]. Counsel for Plaintiff states that counsel for Defendants has consented to this extension.

Under Local Rule 7.1B, Plaintiff's response is due within fourteen days, which would make the deadline October 7, 2024. Plaintiff respectfully requests that the Court extend the deadline 15 days to **October 22, 2024**.

Pursuant to Federal Rule of Civil Procedure 6(b), there is good cause for this reasonable and short extension of time given because (1) counsel for Plaintiff has a trial scheduled for October 1st along with other case deadlines in the intervening days, and (2) the other Defendants' Answers are not due until October 8, 2024, and

1

it would make more sense for the parties and the Court to be aligned on a similar briefing schedule in case other Defendants file overlapping Motions.

Plaintiff further requests that, if any Defendants file similar Motions to Dismiss prior to the October 8, 2024 deadline, that this extension order be deemed to apply to those as well, such that any Response to such Motions would similarly be due on October 22, 2024.

*[Signatures appear on the following page.]*

Respectfully submitted, this 27th day of September 2024.

/s/ E. Allen Page
Amanda Kay Seals
Georgia Bar No. 502720
E. Allen Page
Georgia Bar No. 640163
BONDURANT, MIXSON
  & ELMORE, LLP
1201 West Peachtree Street, NW
Suite 3900
Atlanta, GA 30309
Tel: 404-881-4100
seals@bmelaw.com
page@bmelaw.com

*Attorneys for Plaintiff*

Signature Page

## Certificate of Service

I certify that on September 27, 2024, I submitted the foregoing **Plaintiff's**

**Motion for Extension of Time to Reply to Defendant Kyle Howse's Motions to**

**Dismiss** via the Court's CM/ECF system, which will serve an electronic copy on

all attorneys of record.

*/s/ E. Allen Page*
E. Allen Page