IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK MICHAEL FIELDS,<br><br>    *Plaintiff*,<br><br>v.<br><br>GWINNETT COUNTY<br>POLICE DEPARTMENT, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION FILE<br>NO. 1:22-CV-3684-LMM-JKL |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMSS FROM DEFENDANTS GWINNETT COUNTY POLICE DEPARTMENT, STEWART, JOHNSON, & R. LEWIS**

Plaintiff Kirk Michael Fields seeks a 7-day extension of time to file his Response in opposition to the Motion to Dismiss filed by Defendants Gwinnett County Police Department, Stewart, Johnson, & R. Lewis on October 8, 2024 [Dkt. 87]. Counsel for Plaintiff states that counsel for Defendants has consented to this extension.

Under Local Rule 7.1B, Plaintiff's response is currently due within fourteen days, which would make the deadline October 22, 2024. Plaintiff respectfully requests that the Court extend the deadline by 7 days to **October 29, 2024**. Notably, this extension requests only applies to this Motion. Plaintiff expects to file his response to the other pending Motions by the current deadline.

1

Pursuant to Federal Rule of Civil Procedure 6(b), there is good cause for this reasonable and short extension of time given because (1) counsel for Plaintiff has other case deadlines in the intervening days, and (2) Defendants' Motion cited new body camera footage that was not previously disclosed by the County pursuant to Plaintiff's counsel's open record requests, and Plaintiff's counsel needs additional time to review the footage to adequately prepare a response.

*[Signature appears on the following page.]*

Respectfully submitted, this 16th day of October, 2024.

/s/ E. Allen Page
Amanda Kay Seals
Georgia Bar No. 502720
E. Allen Page
Georgia Bar No. 640163
BONDURANT, MIXSON
  & ELMORE, LLP
1201 West Peachtree Street, NW
Suite 3900
Atlanta, GA 30309
Tel: 404-881-4100
seals@bmelaw.com
page@bmelaw.com

*Attorneys for Plaintiff*

Signature Page

## Certificate of Service

I certify that on October 16th, 2024, I submitted the foregoing **Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss from Defendants Gwinnett County Police Department, Stewart, Johnson, & R. Lewis** via the Court's CM/ECF system, which will serve an electronic copy on all attorneys of record.

*/s/ E. Allen Page*
E. Allen Page